## IN THE UNITED STATED DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CURTIS KLAASSEN, Ph.D.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 13-CV-2561 JAR-KGS |
| | ) |
| **KANSAS BOARD OF REGENTS,** | ) |
| **et al.,** | ) |
| | ) |
| **Defendants.** | ) |

### DEFENDANT CODY TULLY'S
### MOTION TO DISMISS

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Cody Tully moves to dismiss Plaintiff Curtis Klaassen's action against him for failure to state a claim upon which relief can be granted. For these and other reasons stated in the supporting memorandum submitted in accordance with D. Kan. 7.1, Defendant Tully requests that he be dismissed from Plaintiff's action.

Respectfully submitted,

By: /s Sara L. Trower

Sara L. Trower, Ks. # 21514
Associate General Counsel and Special
Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
Tel: (785) 864-3276
Fax: (785) 864-4617
E-mail: strower@ku.edu
*Attorney for Defendant Tully*

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>2d</u> day of <u>April</u>, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send electronic notices to the following:

*Attorneys for Plaintiff*:

Alan L. Rupe          Alan.rupe@kutakrock.com
Jeremy K. Schrag      Jeremy.schrag@kutakrock.com

*Attorney for Kansas Board of Regents*

Stephen Phillips
Assistant Attorney General
Steve.phillips@ksag.org

/s   Sara L. Trower_____
   Attorney for Defendant