IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CURTIS KLAASSEN, Ph.D.,** | |
| Plaintiff | |
| v. | Case No.: 13-CV-2561 |
| **UNIVERSITY OF KANSAS SCHOOL OF MEDICINE, UNIVERSITY OF KANSAS, KANSAS UNIVERSITY MEDICAL CENTER, BARBARA ATKINSON, DOUGLAS GIROD, GERALD CARLSON, PAUL TERRANOVA, BRUNO HAGENBUCH, GREGORY KOPF, STEVEN STITES, HARTMUT JAESCHKE, CODY TULLY, ROBERT KLEIN, AND ALLEN RAWITCH,** | |
| Defendants. | |

## MOTION FOR RECONSIDERATION AND CLARIFICATION

Plaintiff Dr. Curtis Klaassen respectfully moves this Court to reconsider its order granting in part and denying in part Defendants' motions for judgment on the pleadings. (Doc. 102). Pursuant to Local Rule 7.3 and the Federal Rules of Civil Procedure 59(e), Dr. Klaassen respectfully moves this Court for an order that either revives Count 2 in his Second Amended Complaint and allows him to proceed and prove through discovery that his tenure right in research is a protectable property interest or, in the alternative, grants him permission to amend his complaint and plead Count 2 as a traditional contract-implied-in-fact claim.   In addition, Dr. Klaassen moves this Court for an order that clarifies that his state law claims against the State entity defendants are dismissed without prejudice.  Dr. Klaassen files alongside this motion a memorandum in support (Doc. 107).

- 2 -

       Respectfully submitted,

       **s/ Alan Rupe**
       Alan L. Rupe　　　　　　　　　#08914
       Jeremy K. Schrag　　　　　　　　#24164
       KUTAK ROCK LLP
       1605 N. Waterfront Parkway, Suite 150
       Wichita, KS 67206
       Telephone: (316) 609-7900
       Facsimile:  (316) 630-8021
       alan.rupe@kutakrock.com
       jeremy.schrag@kutakrock.com

## CERTIFICATE OF SERVICE

I hereby certify that I filed the above and foregoing Motion for Reconsideration and Clarification with CM/ECF on this 3rd day of March, 2015, which will send notification to the following:

Anthony F. Rupp, KS #11590
Tara S. Eberline, KS #22576
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
Overland Park, KS 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com

Sara L. Trower, KS #21514
Associate General Counsel
& Special Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
(785) 864-3276
(785) 864-4617 (fax)
strower@ku.edu

*Attorneys for Defendants*

                                **s/ Alan L. Rupe**
                                Alan L. Rupe