IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CURTIS KLAASSEN, Ph.D., <br><br> Plaintiff, <br><br> v. <br><br> THE UNIVERSITY OF KANSAS <br>     SCHOOL OF MEDICINE, *et al.,* <br><br> Defendants. | Case No.: 13-2561-DDC |

**DEFENDANT'S NOTICE OF**
**VIDEOTAPED DEPOSITION OF DR. DOUG GIROD**

PLEASE TAKE NOTICE that Plaintiff, Dr. Curtis Klaassen, by and through his counsel, will take the deposition of **Dr. Doug Girod** on **October 21, 2015** at **10:00 a.m.,** at the **University of Kansas Medical Center, 3901 Rainbow Blvd, Kansas City, Kansas 66160**. Said deposition will be held before a person authorized to administer oaths under the laws of the State of Kansas, to be used as discovery and as evidence in the above-captioned case. This deposition will be recorded by stenographic means, instant visual display of the testimony, and will be videotaped. The deposition will take place pursuant to the Kansas Rules of Civil Procedure.

Dated this 8th day of October, 2015.

                                            Respectfully submitted,

By **/s/ Jeremy K. Schrag**
Alan L. Rupe, #08914
Jeremy K. Schrag, #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746

ATTORNEYS FOR PLAINTIFF

4845-7443-4856.1 4828-2585-3207.2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of October, 2015, a true and correct copy of the above and foregoing **Defendant's Notice of Videotaped Deposition of Dr. Doug Girod** was sent via electronic mail, to the following:

| | |
|---|---|
| Anthony F. Rupp, KS #11590<br>Tara S. Eberline, KS #22576<br>FOULSTON SIEFKIN LLP<br>32 Corporate Woods, Suite 600<br>Overland Park, KS 66210<br>(913) 498-2100<br>(913) 498-2101 (fax)<br>trupp@foulston.com<br>teberline@foulston.com<br><br>*Attorney for Defendants* | Sara L. Trower, KS #21514<br>Associate General Counsel<br>& Special Assistant Attorney General<br>Room 245 Strong Hall<br>1450 Jayhawk Blvd.<br>Lawrence, KS 66045<br>(785) 864-3276<br>(785) 864-4617 (fax)<br>strower@ku.edu |

**/s/ Jeremy K. Schrag**
Jeremy K. Schrag