# UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | |
|---|---|
| **CURTIS KLAASSEN, Ph.D.,**<br><br>　　　　Plaintiff,<br><br>vs.<br><br>**BARBARA ATKINSON, DOUGLAS GIROD, GERALD CARLSON, PAUL TERRANOVA, BRUNO HAGENBUCH, GREGORY KOPF, STEVEN STITES, HARTMUT JAESCHKE, CODY TULLY, ROBERT KLEIN, AND ALLEN RAWITCH,**<br><br>　　　　Defendants. | CASE NO. 13-CV-2561 |

## NOTICE OF SERVICE

Plaintiff, Dr. Curtis Klaassen, by and through the undersigned counsel, advises this Court that on February 26, 2016, he served by electronic mail Plaintiff's Supplemental Disclosures to the following:

| | |
|---|---|
| Anthony F. Rupp, KS #11590<br>Tara S. Eberline, KS #22576<br>FOULSTON SIEFKIN LLP<br>32 Corporate Woods, Suite 600<br>Overland Park, KS 66210<br>(913) 498-2100<br>(913) 498-2101 (fax)<br>trupp@foulston.com<br>teberline@foulston.com | Sara L. Trower, KS #21514<br>Associate General Counsel<br>& Special Assistant Attorney General<br>Room 245 Strong Hall<br>1450 Jayhawk Blvd.<br>Lawrence, KS 66045<br>(785) 864-3276<br>(785) 864-4617 (fax)<br>strower@ku.edu |

Dated this 26th day of February, 2016.

                                            Respectfully submitted,

                                            **s/ Jeremy K. Schrag**
Alan L. Rupe, #08914
Jeremy K. Schrag, #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, KS  67206
Telephone:  (316) 609-7900
Facsimile:  (316) 462-5746
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the above and foregoing **Notice of Service** by electronic mail to:

Anthony F. Rupp, KS #11590
Tara S. Eberline, KS #22576
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
Overland Park, KS 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com

Sara L. Trower, KS #21514
Associate General Counsel
& Special Assistant Attorney General
Room 245 Strong Hall
1450 Jayhawk Blvd.
Lawrence, KS 66045
(785) 864-3276
(785) 864-4617 (fax)
strower@ku.edu

*Attorneys for Defendants*

this 26th day of February, 2016.

                                                          **/s/ Jeremy K. Schrag**
                                                          Jeremy K. Schrag