# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CURTIS KLAASSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-2561-DDC |
| | ) |
| BARBARA ATKINSON, *et al.*, | ) |
| | ) |
| Defendant. | ) |

## WRITTEN ORDER FOLLOWING ORAL ORDERS DURING
## FINAL PRETRIAL CONFERENCE

The court made the following orders during the final pretrial conference on August 17, 2016:

Defendants are granted leave to file a joint summary judgment motion on issues common to all defendants. The page limits outlined in D. Kan. Rule 7.1(e) apply. Defendants are granted leave to file summary judgment motions on behalf of individual defendants regarding issues that are particular or unique to those respective parties. The arguments and authorities section of each of the briefs on the individual motions for summary judgments—response and reply briefs included—is limited to fifteen (15) pages.

If defendants elect to file a motion for leave to exceed the page limits outlined above, they shall file their motion by **August 22, 2016.** Plaintiff's response brief shall be filed by **August 29, 2016.** Defendants' reply brief, if any, shall be filed by **August 31, 2016.** Each of these briefs is limited to three (3) pages total.

If plaintiff elects to file a motion to amend the pretrial order, that motion shall be filed no later than **August 24, 2016.** Defendants' response brief shall be filed by **September 7, 2016,** and plaintiff's reply brief, if any, shall be filed by **September 14, 2016.** If plaintiff declines to file a

2

motion to amend, he shall file a notice by **August 24, 2016,** informing the court. The court temporarily suspends the summary judgment deadline pending a ruling on the forthcoming motion to amend.

During the final pretrial conference, the court directed the parties to make several changes to their proposed pretrial order. By **August 22, 2016,** the parties shall submit a revised proposed pretrial order to the undersigned magistrate judge that incorporates the modifications the court directed.

**IT IS SO ORDERED.**

Dated this 18th day of August, 2016, at Topeka, Kansas.

s/ K. Gary Sebelius
K. Gary Sebelius
U.S. Magistrate Judge
