**UNITED STATES DISTRICT COURT**
**DISTRICT OF KANSAS**

| | |
|---|---|
| **CURTIS KLAASSEN, Ph.D.,**<br><br>Plaintiff,<br><br><br><br>**BARBARA ATKINSON,** *et. al.*,<br><br>Defendants. | CASE NO. 13-CV-2561 |

## AMENDED STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all claims asserted in this lawsuit against Defendants Gregory Kopf, Cody Tully, Robert Klein, and Allen (Alan) Rawitch are hereby dismissed without prejudice.

Dated this 7th day of September, 2016.

| DEFENDANTS,<br>GREGORY KOPF, CODY TULLY,<br>ROBERT KLEIN, ALLEN RAWITCH | PLAINTIFF,<br>CURTIS KLAASSEN, Ph.D., |
|---|---|
| **s/ Anthony F. Rupp**_____ | **s/ Alan L. Rupe**_____ |
| Anthony F. Rupp, KS #11590<br>Tara S. Eberline, KS #22576<br>FOULSTON SIEFKIN LLP<br>32 Corporate Woods, Suite 600<br>Overland Park, KS 66210<br>(913) 498-2100<br>(913) 498-2101 (fax)<br>trupp@foulston.com<br>teberline@foulston.com<br>*Attorneys for Defendants* | Alan L. Rupe, #08914<br>Jeremy K. Schrag, #24164<br>LEWIS BRISBOIS BISGAARD & SMITH LLP<br>1605 N. Waterfront Parkway, Suite 150<br>Wichita, KS 67206<br>Telephone: (316) 609-7900<br>Facsimile:  (316) 462-5746<br>alan.rupe@lewisbrisbois.com<br>jeremy.schrag@lewisbrisbois.com<br>*Attorneys for Plaintiff* |