UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**CURTIS KLAASSEN, Ph.D.,**

      Plaintiff,

v.

**BARBARA ATKINSON,** *et. al.***,**

      Defendants.

CASE NO. 13-CV-2561

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that Plaintiff's Count 6 contained within his Third Amended Complaint [ECF No. 121] asserted against Steven Stites in his individual capacity is hereby dismissed without prejudice.

Dated this 23rd day of November 2016.

| DEFENDANT | PLAINTIFF |
|---|---|
| STEVEN STITES | CURTIS KLAASSEN, Ph.D., |
| | |
| __/s Anthony Rupp__ | __/s Alan L. Rupe__ |
| | |
| Anthony F. Rupp, KS #11590 | Alan L. Rupe, #08914 |
| Tara S. Eberline, KS #22576 | Jeremy K. Schrag, #24164 |
| FOULSTON SIEFKIN LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 32 Corporate Woods, Suite 600 | 1605 N. Waterfront Parkway, Suite 150 |
| Overland Park, KS 66210 | Wichita, KS 67206 |
| (913) 498-2100 | Telephone: (316) 609-7900 |
| (913) 498-2101 (fax) | Facsimile: (316) 462-5746 |
| trupp@foulston.com | alan.rupe@lewisbrisbois.com |
| teberline@foulston.com | jeremy.schrag@lewisbrisbois.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |