DEF MSJ EX.
**7**



THE UNIVERSITY OF
KANSAS
School of Medicine

May 8, 2013

Curtis D. Klaassen, Ph.D.
Department of Gastroenterology and Hepatology
University of Kansas Medical Center
Mailstop 1063
3901 Rainbow Boulevard
Kansas City, Kansas 66160

Dr. Klaassen,

   It has been observed by me and reported to me by others that you have engaged in behavior and made statements that were belligerent and abusive to other University faculty and staff. You made these statements and engaged in this behavior in a meeting involving department leadership, and subsequently with a department staff member. These interactions were frightening to the individuals and witnesses concerned and totally unacceptable in our University work environment.

   In order to fully review and investigate these incidents, and to provide for the safety of others, you are hereby placed on administrative leave from your faculty and other University responsibilities until June 10, 2013, or as otherwise notified, pending review of the incidents that have been reported. During this administrative leave, you will remain in pay status, but you are not to be on campus unless you have medical needs and are visiting the KU hospital or a UKP clinic for that purpose. Should you need to be on campus for any other purpose, you are instructed to notify Steffani Webb, Vice Chancellor for Administration, for coordination prior to your arrival.

   During your suspension from duties, KUMC administration will decide the future direction and continuation of all programs that you direct at KUMC. This determination will include consultation with appropriate faculty, other administrators at KUMC, and the NIH. You are not permitted to administratively direct anyone at KUMC, travel for business-related purposes, or appear or present at any meeting or conference, except in your individual personal capacity unrelated to your work at KUMC. Any unacceptable behavior on your part, including any activities by you to inappropriately undermine this action and any transition that may be directed, will be dealt with expeditiously and in accordance with the Handbook for Faculty and Other Unclassified Staff.

Sincerely,

Steven Stites, M.D.
Peter T. Bohan Professor and Chair

Dr Klaassen
EXHIBIT NO. 7
APPINO & BIGGS

Office of the Chair | Department of Internal Medicine
Mail Stop 1023 | 4023 Delp Pavilion | 3901 Rainbow Blvd.   Kansas City, KS 66160 | (913) 588-6000 | Fax (913) 588-3995
www.kumc.edu/som

A01180