**DEF MSJ EX. 8**

## Christina Hopkins

| | |
|---|---|
| **From:** | Christina Hopkins |
| **Sent:** | Tuesday, November 12, 2013 5:03 PM |
| **To:** | Sara Trower |
| **Subject:** | FW: Grant accounting |
| **Attachments:** | AM90-91_March2012-Feb2013.zip |



Dr Klaassen
EXHIBIT NO. 8
APPINO & BIGGS

---

**From:** Christina Hopkins
**Sent:** Thursday, March 07, 2013 1:09 PM
**To:** Curtis Klaassen
**Cc:** Buddhadeb Dawn
**Subject:** RE: Grant accounting

Dr. Klaassen,

Attached is a zipped file containing the grant accounting you requested. Please let me know if you have any trouble opening the files.

These reports contain the details (by month) from March 1, 2012 through Feb. 28, 2013 for the following 5 projects...

1. "Development" Grant - All portions @ KUMC QK850570 to QK850574
2. "Nrf2" Grant - QK846660 & QK846661
3. "Hepatic Uptake" Grant - QK815272
4. "PostDoc & Student" Account - Q126EP10
5. Your R&D Fund - QX802000

Thank you,
Christina Hopkins

---

**From:** Curtis Klaassen
**Sent:** Wednesday, March 06, 2013 11:32 AM
**To:** Christina Hopkins
**Subject:** RE: Grant accounting

Christina,
  Thank you,
Curt

---

**From:** Christina Hopkins
**Sent:** Wednesday, March 06, 2013 11:15 AM
**To:** Curtis Klaassen
**Subject:** RE: Grant accounting

Dr. Klaassen,

No problem. It will take about a day to run all the reports, but I will send them to you.

CONFIDENTIAL     KU 0008887

Christina

---

**From:** Curtis Klaassen
**Sent:** Wednesday, March 06, 2013 11:06 AM
**To:** Christina Hopkins
**Subject:** Grant accounting

Christina,
   Please provide me with my detailed accounting for the last 12 months.
   Thank you,
Curt

CONFIDENTIAL

KU 0008888

```
COMPUTER DATE : 05/04/2012           UNIVERSITY OF KANSAS MEDICAL CENTER ACCOUNTING SYSTEM REPORT          REPORT ID.    : JGL038-1413584-FIN-M
TIME OF DAY   : 11:48:21                                                                                   REPORT TITLE  : AM 90
MANAGER       : Klaassen,Curtis                                                                            MAIL CODE     : 00405
Grant Dates   : 05/03/2010 thru 04/30/2012           ACCOUNT STATEMENT SUMMARY AS OF: 04/30/2012           STO-AST         04/01/2012
                                          SPEEDTYPE KEY : QK850570   - Devel Reg of Drug Proces Genes      PAGE          : 2470
RINST
                                                         ---------- ACTUAL --------------
   ACCOUNT   DESCRIPTION              BUDGET AMOUNT      CURRENT MONTH     FISCAL YEAR    PROJECT-TO-DATE   OPEN COMMITMENTS   BALANCE AVAIL

   1005      Salary and Wages             15,328.46           538.46         5,923.09         13,730.75            0.00          1,597.71
   1745      Fringe Benefits               4,228.58           148.02         1,628.79          3,711.48            0.00            517.10
             *** TOTAL PERSONNEL ***      19,557.04           686.48         7,551.88         17,442.23            0.00          2,114.81

   2000      Other Operating Expenses    122,075.45             0.00             0.00              0.00            0.00        122,075.45
   526900    Other Fees                        0.00           180.77        59,301.11        123,733.00            0.00       -123,733.00
   2000      *** OTHER OPERATING EXPENSES * 122,075.45        180.77        59,301.11        123,733.00            0.00         -1,657.55

   2500      Travel                           0.00              0.00             0.00              0.00            0.00              0.00
   2500      *** TRAVEL ***                   0.00              0.00             0.00              0.00            0.00              0.00

   3001      Supplies                     6,203.77              0.00             0.00              0.00            0.00          6,203.77
   537200    Data Processing Supplies         0.00              0.00           509.97          1,708.92            0.00         -1,708.92
   538010    Research Supplies and Mat        0.00              0.00           619.24          3,824.06            0.00         -3,824.06
   540490    Pro & Scientific Equip Non Cap   0.00              0.00             0.00          1,800.00            0.00         -1,800.00
   3001      *** SUPPLIES ***             6,203.77              0.00         1,129.21          7,332.98            0.00         -1,129.21

   50600     Subcontract Budget               0.00              0.00             0.00              0.00            0.00              0.00
   50610     Sncontract Pmts-Main Account     0.00              0.00       -54,660.00              0.00            0.00              0.00
   50600     *** SUBCONTRACT BUDGET ***       0.00              0.00       -54,660.00              0.00            0.00              0.00

             ****** SUB TOTAL BALANCE *****  147,836.26        867.25        13,322.20        148,508.21          0.00           -671.95

   80010     Facility & Administration Cost 71,591.63           0.00        31,328.60         71,591.63           0.00              0.00
   80010     *** FACILITY & ADMINISTRATION  71,591.63           0.00        31,328.60         71,591.63           0.00              0.00

             ****** NET BALANCE ***********  219,427.89        867.25        44,650.80        220,099.84          0.00           -671.95
```

CONFIDENTIAL

KU 0008889

```
COMPUTER DATE : 05/04/2012           UNIVERSITY OF KANSAS MEDICAL CENTER ACCOUNTING SYSTEM REPORT              REPORT ID.    : JGL038-1413584-FIN-M
TIME OF DAY   : 11:48:21                                                                                       REPORT TITLE : AM 91
MANAGER       : Klaassen,Curtis                                                                                MAIL CODE    : 00405
Grant Dates   : 05/03/2010 thru 04/30/2012         CURRENT PERIOD ACTIVITY AS OF: 04/30/2012                   STO-AST        04/01/2012
                                              SPEEDTYPE KEY : QK850570  - Devel Reg of Drug Proces Genes       PAGE         : 2471
RINST
                                     TRANSACTION                                          BUDGET          CURRENT                        POSTED       PAY-END or
ACCOUNT   DESCRIPTION                DATE         PO/REQ ID  VOUCHER ID  JOURNAL ID       ENTRIES         REV/EXP    COMMITMENTS         DATE         WARRANT DT

1005      Gunewardena,Sumedha Senaka Abe  04/05/2012            J1017450   RFA0772474       0.00             0.00          0.00          04/05/2012
1005      Payroll Actuals                 04/13/2012            V8001391   PAY0772530       0.00           269.23          0.00          04/09/2012 03/31/2012
1005      Payroll Actuals                 04/27/2012            V8001392   PAY0773504       0.00           269.23          0.00          04/23/2012 04/14/2012
          *** SUBTOTALS ***  Account 1005 *** SALARY AND WAGES ****************
                                                                                            0.00           538.46          0.00

1745      Gunewardena,Sumedha Senaka Abe  04/05/2012            J1017450   RFA0772474       0.00             0.00          0.00          04/05/2012
1745      Payroll Actuals                 04/13/2012            V8001391   PAY0772530       0.00            74.01          0.00          04/09/2012 03/31/2012
1745      Payroll Actuals                 04/27/2012            V8001392   PAY0773504       0.00            74.01          0.00          04/23/2012 04/14/2012
          *** SUBTOTALS ***  Account 1745 *** FRINGE BENEFITS ****************
                                                                                            0.00           148.02          0.00

                 ****** TOTAL PAYROLL EXPENSE ******                                                       686.48

526900    KUMC Control & Reporting  **    04/10/2012 1000147606                             0.00             0.00        180.77          04/10/2012
526900    KUMC Control & Reporting  **    04/18/2012 1000147606  00189046                   0.00           180.77       -180.77          04/19/2012 04/24/2012
          *** SUBTOTALS ***  Account 526900 *** OTHER FEES ****************
                                                                                            0.00           180.77          0.00

80010     April FA adjustments            04/30/2012                       0000774145       0.00          -433.63          0.00          05/03/2012
80010     FA on Total Modified Exp @ 50%  04/30/2012                       FA00000040       0.00           433.63          0.00          05/03/2012
          *** SUBTOTALS ***  Account 80010 *** FACILITY & ADMINISTRATION COST **********
                                                                                            0.00             0.00          0.00

                 ******* NET BALANCE ************                                                          867.25
```

CONFIDENTIAL                                                                                                                                 KU 0008890

```
COMPUTER DATE : 05/04/2012           UNIVERSITY OF KANSAS MEDICAL CENTER ACCOUNTING SYSTEM REPORT          REPORT ID.    : JGL038-1413584-FIN-M
TIME OF DAY   : 11:48:21                                                                                  REPORT TITLE  : OPEN COMMITMENT
MANAGER       : Klaassen,Curtis                                                                           MAIL CODE     : 00405
Grant Dates   : 05/03/2010 thru 04/30/2012            . OPEN COMMITMENTS STATUS AS OF: 04/30/2012         STO-AST         04/01/2012
                                                  SPEEDTYPE KEY : QK850570  - Devel Reg of Drug Proces Genes    PAGE    : 2472
RINST
           R                                            ORIGINAL      LIQUIDATED                          CURRENT
  ORG   ACCT E  REFERENCE   DATE     DESCRIPTION         AMOUNT      EXPENDITURES      ADJUSTMENTS        AMOUNT      STATUS

  11010 526900E 1000147606 04/10/2012 KUMC Control & Reporting **    180.77        180.77           0.00        0.00   Complete

                                      REQUISITION TOTAL                0.00          0.00           0.00        0.00
                                      ENCUMBRENCE TOTAL              180.77        180.77           0.00        0.00
                                      ***ACCOUNT TOTAL **            180.77        180.77           0.00        0.00
```

CONFIDENTIAL                                                                                                                    KU 0008891

311 additional pages of grant accounting documents originally attached to the email have been redacted but are available from Defendants for the Court's review upon request.

CONFIDENTIAL

KU 0008888