DEF MSJ EX.

**186**

# Faculty Meeting

## April 7, 2011

CONFIDENTIAL

KU 012236





University of Kansas School of Medicine
Strategic Map: 2011-2015

Lead with Vision, Focus and Innovation
in a New Era for Medicine

Session Final
02/25/11

| A | B | C | D | E | F |
|---|---|---|---|---|---|
| Achieve Excellence in Medical Education | Strengthen Research Quality and Impact | Work as a Campus to Achieve Strategic Clinical Mission Growth | Elevate, Integrate and Focus the Outreach Mission | Prioritize and Implement Facility and Infrastructure Improvements | Secure and Optimize Resources Aligned with Strategic Priorities |
| 1 Invest in the Development of Outstanding Educators | Implement a Strategic Approach to Research Prioritization and Investment | | Create an Organization Structure for Aligning, Supporting and Coordinating Outreach | Create a Comprehensive Campus Facilities Master Plan | Ensure Effective Productivity & Allocation of Human, Financial and Physical Resources |
| 2 Drive Excellence with Continuous Curriculum Innovation | Create a Culture to Optimize Education and Research Leadership, Passion and Productivity | Evaluate and Invest in the Right Priorities | Promote a Culture Where Engaged Scholarship is Valued | Fund and Implement the Facilities Master Plan | Develop the Leadership Talent at All Levels to Thrive in an Era of Challenge |
| 3 Engage Communities and Health Care Professionals to Serve the Needs of Kansas | Integrate Basic, Translational, Clinical and Outcome Research | Optimize Structure and Decision Making | Increase the Coordination of Outreach Initiatives Across Campus Missions | Provide the Technology and Tools Required for Success | Implement Creative Approaches to Secure Financial Resources |
| 4 Implement Effective Interprofessional Education | Increase Emphasis and Resources Dedicated to Clinical Research | Continue to Improve Access, Quality and Safety | Focus Resources at Prioritized Intersections of Need and Capacity | Increase Administrative Effectiveness By Optimizing Business Processes | Foster Cross-Mission Collaboration to Leverage Existing Resources |

G. Increase Mission Alignment, Collaboration and Synergy with UKP, KUH, KUMC, KU, the State of Kansas and the Region

H. Demonstrate Quality and Value Using Metrics; Ensure Effective Internal and External Communication

CONFIDENTIAL

KU 012237

- Cancer Biology Department will not be able to grant PhD degrees at the present time
- Ed Phillips retiring this Spring

CONFIDENTIAL

KU 012238

**Cody Tully – KBOR POLICY on Annual Faculty Assessment**

| | |
|---|---|
| From: | Robert Klein (Jo Halverson) |
| To: | Abrahamson, Dale; Carlson, Gerald; Cheney, Paul; Cox, Glen; Crenner,... |
| Date: | 1/27/2011 11:00 AM |
| Subject: | KBOR POLICY on Annual Faculty Assessment |
| CC: | Ainsworth, Helen; Baker, Wendy; Fajardo, Jennifer; Gochenour, Glend... |
| Attachments: | Periodic Assessment Review Verification Form_Basic Science.docx; 2007 BOR additional statement.doc |

To:     SOM Basic Science Department Chairs and Administrators

From:  Robert M. Klein, PhD

Re:     Faculty input to the annual assessment process

As you remember, in October 2007 the Kansas Board of Regents added a section to the KBOR Policy Manual addressing Annual Faculty Assessment. The entire policy is attached, but a key statement from the KBOR regarding the policy follows:

> "The Board further recognizes that faculty evaluation should be a participatory, cooperative and continuing process. Given varied faculty responsibilities and specializations among and within disciplines, the evaluation process should provide for faculty participation in the preparation of evaluation guidelines. Therefore, the process should be as localized as possible in order to adapt criteria and procedures to individual or departmental circumstances."

Therefore, it is imperative that each department have a discussion of the annual assessment process that allows input from the departmental faculty. In addition, the process must be reviewed every three years. You will receive a reminder again in 2014, 2017 and so on.

We ask that you review this policy in a department faculty meeting, focusing on the criteria used in your department. Please complete and sign the attached form and return it to me. The deadline for completion of this review and discussion with your faculty is April 1, 2011.

Thank you for your assistance and cooperation with addressing this Kansas Board of Regent's policy.

Sincerely,

Robert M. Klein, PhD
Professor of Anatomy and Cell Biology and
Associate Dean for Professional Development and Faculty Affairs

CONFIDENTIAL

KU 012239

| From the BLUE RIDGE INSTITUTE for MEDICAL RESEARCH | | BRIMR.ORG |
|---|---|---|
| Rank | Name | Pharmacology |
| 1 | UNIVERSITY OF PENNSYLVANIA | $35,653,274 |
| 2 | UNIVERSITY OF CALIFORNIA SAN DIEGO | $25,989,874 |
| 3 | VANDERBILT UNIVERSITY | $23,070,075 |
| 4 | DUKE UNIVERSITY | $18,097,681 |
| 5 | UNIVERSITY OF NORTH CAROLINA CHAPEL HILL | $17,022,844 |
| 6 | MOUNT SINAI SCHOOL OF MEDICINE OF NYU | $14,601,555 |
| 7 | UNIVERSITY OF TEXAS SW MED CTR/DALLAS | $13,596,192 |
| 8 | UNIVERSITY OF CALIFORNIA SAN FRANCISCO | $13,416,673 |
| 9 | YALE UNIVERSITY | $13,176,611 |
| 10 | UNIVERSITY OF NEBRASKA MEDICAL CENTER | $12,722,078 |
| 11 | UNIVERSITY OF ROCHESTER | $12,277,655 |
| 12 | UNIVERSITY OF COLORADO DENVER | $11,668,174 |
| 13 | UNIVERSITY OF ILLINOIS AT CHICAGO | $11,312,812 |
| 14 | UNIVERSITY OF PITTSBURGH AT PITTSBURGH | $10,864,595 |
| 15 | UNIVERSITY OF MICHIGAN AT ANN ARBOR | $10,764,022 |
| 16 | VIRGINIA COMMONWEALTH UNIVERSITY | $10,070,676 |
| 17 | JOHNS HOPKINS UNIVERSITY | $9,237,795 |
| 18 | UNIVERSITY OF WASHINGTON | $8,449,993 |
| 19 | WEILL MEDICAL COLLEGE OF CORNELL UNIV | $8,164,966 |
| 20 | EMORY UNIVERSITY | $8,113,960 |
| 21 | UNIVERSITY OF TEXAS HLTH SCI CTR SAN ANT | $7,490,435 |
| 22 | UNIVERSITY OF KANSAS MEDICAL CENTER | $7,385,555 |
| 23 | CASE WESTERN RESERVE UNIVERSITY | $7,351,425 |
| 24 | UNIVERSITY OF CALIFORNIA LOS ANGELES | $7,176,635 |
| 25 | UNIVERSITY OF MINNESOTA TWIN CITIES | $6,781,986 |
| 26 | UNIVERSITY OF CALIFORNIA DAVIS | $6,678,621 |
| 27 | STATE UNIVERSITY NEW YORK STONY BROOK | $6,596,274 |
| 28 | UNIVERSITY OF KENTUCKY | $6,498,050 |
| 29 | DARTMOUTH COLLEGE | $6,309,410 |
| 30 | UNIVERSITY OF MIAMI SCHOOL OF MEDICINE | $6,115,139 |
| 31 | TEMPLE UNIVERSITY | $5,641,868 |
| 32 | UNIV OF MED/DENT NJ-R W JOHNSON MED SCH | $5,248,106 |
| 33 | UNIVERSITY OF ARKANSAS MED SCIS LTL ROCK | $5,066,867 |
| 34 | UNIVERSITY OF MISSOURI-COLUMBIA | $4,897,078 |
| 35 | UNIVERSITY OF VIRGINIA CHARLOTTESVILLE | $4,804,770 |
| 36 | GEORGETOWN UNIVERSITY | $4,694,056 |
| 37 | UNIVERSITY OF WISCONSIN MADISON | $4,612,350 |
| 38 | LOUISIANA STATE UNIV HSC NEW ORLEANS | $4,546,999 |
| 39 | UNIVERSITY OF VERMONT & ST AGRIC COLLEGE | $4,479,260 |
| 40 | UNIVERSITY OF TENNESSEE HEALTH SCI CTR | $4,382,947 |
| 41 | UNIV OF MED/DENT OF NJ-NJ MEDICAL SCHOOL | $4,295,422 |
| 42 | MEDICAL COLLEGE OF WISCONSIN | $4,228,877 |

CONFIDENTIAL

KU 012240

| 43 | PENNSYLVANIA STATE UNIV HERSHEY MED CTR | $4,199,725 |
| 44 | OHIO STATE UNIVERSITY | $4,186,349 |
| 45 | UNIVERSITY OF ARIZONA | $4,135,107 |
| 46 | ALBERT EINSTEIN COL OF MED YESHIVA UNIV | $4,057,665 |
| 47 | COLUMBIA UNIVERSITY HEALTH SCIENCES | $4,048,657 |
| 48 | MARSHALL UNIVERSITY | $3,818,747 |
| 49 | MEDICAL UNIVERSITY OF SOUTH CAROLINA | $3,786,669 |
| 50 | NORTHWESTERN UNIVERSITY | $3,769,023 |
| 51 | MEDICAL COLLEGE OF GEORGIA (MCG) | $3,701,607 |
| 52 | UNIVERSITY OF MARYLAND BALTIMORE | $3,698,315 |
| 53 | UNIVERSITY OF CALIFORNIA IRVINE | $3,567,176 |
| 54 | NEW YORK UNIVERSITY SCHOOL OF MEDICINE | $3,159,527 |
| 55 | GEORGE WASHINGTON UNIVERSITY | $3,073,412 |
| 56 | UNIVERSITY OF TEXAS MEDICAL BR GALVESTON | $3,008,876 |
| 57 | UNIVERSITY OF CINCINNATI | $2,863,320 |
| 58 | INDIANA UNIV-PURDUE UNIV AT INDIANAPOLIS | $2,770,555 |
| 59 | BOSTON UNIVERSITY MEDICAL CAMPUS | $2,628,486 |
| 60 | WAYNE STATE UNIVERSITY | $2,611,898 |
| 61 | UNIVERSITY OF FLORIDA | $2,487,780 |
| 62 | UNIVERSITY OF IOWA | $2,363,349 |
| 63 | UNIVERSITY OF ALABAMA AT BIRMINGHAM | $2,333,214 |
| 64 | SOUTHERN ILLINOIS UNIVERSITY SCH OF MED | $2,269,307 |
| 65 | UNIVERSITY OF LOUISVILLE | $2,194,478 |
| 66 | UPSTATE MEDICAL UNIVERSITY | $2,053,431 |
| 67 | UNIV OF MASSACHUSETTS MED SCH WORCESTER | $1,960,036 |
| 68 | MICHIGAN STATE UNIVERSITY | $1,894,240 |
| 69 | ALBANY MEDICAL COLLEGE | $1,852,037 |
| 70 | BROWN UNIVERSITY | $1,837,154 |
| 71 | LOUISIANA STATE UNIV HSC SHREVEPORT | $1,757,244 |
| 72 | WRIGHT STATE UNIVERSITY | $1,726,436 |
| 73 | UNIVERSITY OF NORTH DAKOTA | $1,629,656 |
| 74 | UNIVERSITY OF SOUTH CAROLINA AT COLUMBIA | $1,617,734 |
| 75 | EAST TENNESSEE STATE UNIVERSITY | $1,600,736 |
| 76 | LOYOLA UNIVERSITY CHICAGO | $1,595,150 |
| 77 | UNIVERSITY OF MISSISSIPPI MEDICAL CENTER | $1,530,458 |
| 78 | EAST CAROLINA UNIVERSITY | $1,503,651 |
| 79 | SAINT LOUIS UNIVERSITY | $1,233,592 |
| 80 | NEW YORK MEDICAL COLLEGE | $1,083,961 |
| 81 | ROSALIND FRANKLIN UNIV OF MEDICINE & SCI | $1,072,035 |
| 82 | TUFTS UNIVERSITY BOSTON | $1,049,851 |
| 83 | UNIVERSITY OF SOUTH ALABAMA | $1,038,376 |
| 84 | TEXAS TECH UNIVERSITY HEALTH SCIS CENTER | $885,866 |
| 85 | UNIVERSITY OF NEVADA RENO | $761,222 |
| 86 | BAYLOR COLLEGE OF MEDICINE | $754,658 |

CONFIDENTIAL

KU 012241

| 87 | DREXEL UNIVERSITY | $735,595 |
| 88 | STATE UNIVERSITY OF NEW YORK AT BUFFALO | $663,119 |
| 89 | RUSH UNIVERSITY MEDICAL CENTER | $554,073 |
| 90 | MOREHOUSE SCHOOL OF MEDICINE | $492,250 |
| 91 | TULANE UNIVERSITY OF LOUISIANA | $473,790 |
| 92 | THOMAS JEFFERSON UNIVERSITY | $464,229 |
| 93 | CREIGHTON UNIVERSITY | $462,520 |
| 94 | PONCE SCHOOL OF MEDICINE | $347,118 |
| 95 | UNIVERSIDAD CENTRAL DEL CARIBE | $130,617 |
| | | |
| | GRAND TOTAL | $523,977,920 |
| | | |
| | MEAN | $5,515,557 |
| | Updated 02/12/2011 | |
| | MEDIAN | $3,818,747 |

CONFIDENTIAL

KU 012242

| | From the BLUE RIDGE INSTITUTE for MEDICAL RESEARCH | BRIMR ORG |
|---|---|---|
| Rank | Name | Pharmacology |
| 1 | Fitzgerald, Garret A | $18,886,003 |
| 2 | Dennis, Edward A | $7,800,284 |
| 3 | Lim, Wendell A | $6,031,523 |
| 4 | Lindsley, Craig | $5,816,502 |
| 5 | Jivengar, Srinivas Ravi V | $4,414,761 |
| 6 | Raassen, Curtis D | $4,307,974 |
| 7 | Bers, Donald M | $3,791,435 |
| 8 | Fox, Howard S. | $3,742,580 |
| 9 | Rankin, Gary O. | $3,537,567 |
| 10 | Tukey, Robert H | $3,524,565 |
| 11 | Malik, Asrar B. | $3,473,687 |
| 12 | Crews, Fulton T | $3,469,693 |
| 13 | Nielsen, Mark T | $3,259,993 |
| 14 | Gendelman, Howard E. | $3,252,852 |
| 15 | Palczewski, Krzysztof Nmi | $3,214,284 |
| 16 | Conn, P Jeffrey | $3,117,425 |
| 17 | Stanton, Bruce A. | $2,831,588 |
| 18 | Penning, Trevor M. | $2,820,696 |
| 19 | Roth, Bryan L | $2,704,841 |
| 20 | Blakely, Randy D | $2,675,717 |
| 21 | Sadee, Wolfgang | $2,657,517 |
| 22 | Haber, Suzanne N | $2,545,333 |
| 23 | Hunter, Lawrence E | $2,466,091 |
| 24 | Siegfried, Jill M | $2,455,904 |
| 25 | Stevgard, Christopher B | $2,386,601 |
| 26 | Loh, Horace | $2,238,053 |
| 27 | Herschman, Harvey R. | $2,150,032 |
| 28 | Grollman, Arthur P | $2,183,542 |
| 29 | Samulski, Richard J | $2,133,869 |
| 30 | Catterall, William A | $2,067,807 |
| 31 | Kapusta, Daniel R | $2,028,830 |
| 32 | Sessa, William C. | $2,013,567 |
| 33 | Gordes, Lorraine J | $1,985,068 |
| 34 | Barth, Shilpa J | $1,958,573 |
| 35 | Unterwald, Ellen M | $1,955,059 |
| 36 | Karin, Michael | $1,947,204 |
| 37 | Woych, Richard E | $1,920,672 |
| 38 | Alcuquerque, Edson X. | $1,862,832 |
| 39 | Liu, Jun O. | $1,842,832 |
| 40 | Ryazanov, Alexey G. | $1,810,592 |
| 41 | Taylor, Susan S | $1,774,594 |
| 42 | Sun, Ron | $1,763,176 |

CONFIDENTIAL

KU 012243

# Salary Information

- Money from the SOM:             $1,687,841
- Money remaining for faculty:     1,537,023
- Faculty salaries from grants:      726,277
- Excellence fund:                   162,729

- 10 faculty contributing to the Excellence Fund
- 9 Faculty using the Excellence Fund

CONFIDENTIAL

KU 012244

# Routing Checklists

- Please remember to turn in all routing checklists (for both new proposals and non-competing renewals) to either Rosa or Cody.

- One of them will obtain the departmental signature and return the form to you.

CONFIDENTIAL

KU 012245

# Student Research Forum Winners

- Mitch McGill (Jaeschke)
  - KU Medical Center Research Medal (Overall winner for all PhD and MD/PhD Presentations)
  - 1st Place Clinical Science II
- Ann Thomas (Guo)
  - 1st Place Basic Science V
  - Best Presentation in Epigenetics/Stem Cell Biology
- Connie Wu (Klaassen)
  - 2nd Place Basic Science V

CONFIDENTIAL

KU 012246

# Society of Toxicology Awards

- ## Nathan Cherrington
  - SOT 2011 Achievement Award
- ## Julia Cui
  - 2011 Plaa Award
- ## Lois Lehman-McKeeman
  - Elected President of SOT
- ## Connie Wu
  - 2nd Place: Carl Smith Award

CONFIDENTIAL

KU 012247

# For Your Calendar

- Apr 18 -   Katy Allen Defense @ 1:00 PM
- May 27 -   Grade Submission Deadline
- May 31 -   ASPET Summer Graduate
            Program Begins

CONFIDENTIAL

KU 012248

# SOME FACTS

- My job offer (November 26, 2002) – Chair
  - Revitalize research
  - Teach medical and graduate students
- Did what I thought I was supposed to do
- I think especially as a tenured faculty person
  - Freedom of speech
  - Joint governance
  - Transparency
- Dean said I was not on the "KUMC Planning Committee" because I was not in her future plans (Feb. 5, 2011).

CONFIDENTIAL

KU 012249

- Rosa and I have sent dozens of e-mails to the Dean over the last five years about setting up a one-on-one meeting, and don't think she has responded to one. Definitely didn't have one.
- I have never had an evaluation as Chair of the Department.  I thought I was doing an excellent job as Chair.
- I finally had my first meeting with her on Wednesday, April 6, but it still was not one-on-one.  She had another female with her.
- I prepared and had typed what I wanted to talk to her about
- When I entered the room and sat down, Barbara said I was doing an excellent job as Chair of the Department, but I could resign as Chair or she would fire me.

CONFIDENTIAL

KU 012250

- Some faculty are extremely concerned about the financial stability of KUMC over the next 10 years.  Paul Cheney, for example, has asked you numerous times.  However, we never get your attention.

- You essentially never respond to e-mails from basic science faculty.

- How do we get your attention?  I guess my acting out, finally got your attention.

CONFIDENTIAL

KU 012251

- My statements, which you apparently don't like, are comments as a University Distinguished Professor that has spent many years at KUMC, not as a Chair.

CONFIDENTIAL

KU 012252

INADEQUATE JOINT GOVERNANCE

INADEQUATE COMMUNICATION:

CONFIDENTIAL

KU 012253

Trust is everything for employees (faculty).
If there is inadequate joint governance and
communication, there is unlikely to be
trust.

CONFIDENTIAL

KU 012254

# Who pays for in 5 years?  Let's have some transparency:

- Wichita Medical Campus
- Salina Medical Campus
- School of Public Health
- HLSIC
- Wahl Hall renovation for Cancer Center
- Cancer Center Faculty Salaries
- KC Cancer Center Physicians Salaries
- Rent of Endowment Building

CONFIDENTIAL

KU 012255

- Kim Meyers expansion of her office and expensive financial computer programs that apparently aren't useful
- The "Meet our Experts" Program
- The Faculty Activity Reporting System
- New Chair of Microbiology

Are we bankrupting the future of KUMC?

Maybe it is fiscal irresponsibility.

Is it: Charging against future faculty salaries?

CONFIDENTIAL

KU 012256

- YOU HAVE NOT EXPLAINED WHY THE BASIC SCIENCE DEPARTMENTS (AND PROBABLY ALL DEPARTMENTS) OBTAINED THE FOLLOWING CUTS IN BUDGETS:
- FY2009   3% decrease
- FY2010  10% decrease
- FY2011   5% decrease
- FY2012   4% decrease
             22%
- The basic science faculty have not obtained raises for years
- Some KUMC clinicians received larger bonuses last year than basic science faculty obtained as a salary.
- KUMC basic science departments each receive $1,000,000 less than the average public and private medical school in the USA

CONFIDENTIAL

KU 012257

- Information has been distributed by KU, Star, and now coming out of Washington, D.C. that KUMC has spent $350,000,000 for a Cancer Center (which is being interpreted to buy a comprehensive Cancer Center), and because philanthropy has been about $50 million, therefore where has the other $300,000,000 for the Cancer Center come from?
- The research extenders (post-docs) are not paid by KUMC, but by the basic science faculty, and not allowed to have an increase in salary, even though the faculty were willing to pay them.
- (Remember a major purpose of administrators is to decrease the bureaucracy so that the "workers," that is faculty, can do their work.
- However, now money is being taken from basic science faculty to pay salaries for the physician extenders (residents).
- Maybe $300 million from KUMC to obtain $1 million dollars a year is not a wise use of resources, especially when it might be leveraging the University to such an extent that KUMC might not survive.
- If the Dean has a long-range financial plan, it should be shared with the faculty.

CONFIDENTIAL

KU 012258

- That was there little or no involvement of faculty in the decision to move Dr. Weinman off of the third floor of HLSIC?

CONFIDENTIAL

KU 012259

- Why no joint governance?
- Why no transparency?

CONFIDENTIAL

KU 012280



CONFIDENTIAL

KU 012261

# What Might Happen?

- Chancellor
- Board of Regents
- Governor
- Legislature
- Newspaper (K.C. Star; USA Today)

CONFIDENTIAL

KU 012262

# Some Thoughts

- Why did I give the Dean my opinions on joint governance and transparency?
  - My parents were poor, but had values, which they passed to their sons.
  - If I say CORRECT when I know it is WRONG, then I am irresponsible
- Did I resign or get fired?

CONFIDENTIAL

KU 012263

- **Before we get a new chair—what do you want me to do?**
  - Commit suicide
  - Retire
  - Move to new University
  - Move to a different place on campus
  - Stay physically in Department, but put tin foil over my door and not attend any departmental functions
  - Stay physically in department and attend functions as all faculty
  - Do what I am doing what I can, have Carlson sign papers and talk to administration

CONFIDENTIAL

KU 012264