DEF MSJ EX.
**203**

From: Allen Rawitch
Sent: Monday, May 20, 2013 5:02 PM
To: Curtis Klaassen
Cc: Doug Girod; Steven Stites
Subject: RE: Administrative leave.

Curt,

Administrative leave with pay is not an adverse personnel action and it is within the inherent authority of administration. Additionally, you should review Board of Regents policy, II.G.17, which deals with interference with the conduct of the institution. "Actions by faculty, staff, students or visitors that unnecessarily or unreasonably obstruct or interfere with the teaching, research or learning function or other normal and necessary activities of a state university or that create an imminent threat of danger to persons or property may constitute grounds for restitution, suspension, dismissal or termination, for permanent exclusion from campus or any part thereof."

Allen

Allen B. Rawitch, Ph.D.
Vice Chancellor for Academic Affairs
University of Kansas Medical Center

Phone: 913-588-1258
Fax: 913-588-5242
Email: arawitch@kumc.edu


From: Curtis Klaassen
Sent: Saturday, May 18, 2013 12:23 PM
To: Allen Rawitch
Subject: Administrative leave.

Allen,
 I have looked in the Handbook for Faculty and Other Unclassified Staff to obtin information on Administrative Leaves. I have not been able to find such information. Would appreciate if you would inform me where to find the School of Medicine's guidelines on Administrative Leaves, especially for basic science faculty.
    Thanks,
Curt

A00514



Rawitch
EXHIBIT NO. 203
APPINO & BIGGS