DEF MSJ EX.
209

# HANDBOOK FOR FACULTY
# AND
# OTHER UNCLASSIFIED STAFF*



EXHIBIT
**F**

**Adopted by the Faculty on 10/24/2005**

OFFICE OF ACADEMIC AFFAIRS
KUMC version 1980
Revised February 1983
Revised July 1987
Revised January 1990
Revised January 1997
Revised October 1997
Revised February 1998
Revised August 1999
Revised May 2001
Revised August 2001
Revised December 2003
Redrafted and Revised October 2005
Revised March 2008
Revised July 2008
Revised Octob...

*Rawitch*
EXHIBIT NO. 209
APPINO & BIGGS

*This handbook does not cover employees categorized as "Unclassified Health Care Employees"

A00183

Agency Record 003633

October 24, 2005

Dear Colleagues:

This document constitutes the Handbook for Faculty and Other Unclassified Staff. This handbook is intended to be used as a policy manual, not simply as an informational text. As you are aware, legislation, charters, guidelines, rules and regulations increasingly affect our professional activities. For that reason, we have included in the Handbook policies, regulations and other information that we believe you will find useful. All of the policies and procedures included in the Handbook have received appropriate review and approval. All appointments to the faculty and unclassified staff are governed by these policies and procedures, in addition to other applicable policies and procedures, rules and regulations of the University and the Kansas Board of Regents.

In order to address significant changes in our administrative structure and changes in both internal and external policies, a series of faculty and staff committees have reviewed the handbook and developed this updated Handbook for Faculty and Unclassified Staff which reflects these changes as of October, 2005. This handbook revision was submitted to the Faculty Assembly Steering Committee in the fall of 2005 and was approved by vote of the full faculty on October 24, 2005 and is now in force as of that date.

The most current version of the handbook may always be found on-line at:

http://www2.kumc.edu/ae/fa/pdf/Handbook.pdf

Please direct any questions or suggestions to the Vice Chancellor for Academic Affairs. We want this Handbook to be as useful and helpful as possible.

Respectfully,

Robert Hemenway                         Barbara Atkinson
Chancellor                              Executive Vice Chancellor
University of Kansas                     University of Kansas Medical Center

A00184

**Agency Record 003634**

REVIEWERS AND CONTRIBUTORS
For
*THE HANDBOOK FOR FACULTY AND UNCLASSIFIED STAFF*
OCTOBER, 2005 Edition

Review Committee Chair
Allen Rawitch, PhD
Vice Chancellor for Academic Affairs

\*School of Allied Health changed to School of Health Professions (updated 10/2011)

1. **Handbook Section III, Personnel Appointment Policies and Procedures**
   **Handbook Section IX, Professional Conduct**

   Office of Academic Affairs Coordinator – Joseph Bast
   Ad Hoc :        1. Faculty Affairs staff member – Marcia Jones
                   2. AAUP policy review – Merrill Tarr
                   3. Compliance Office – Sue Clausen
   Faculty At-large (full-time faculty):
                   4. School of Health Professions\* – Katherine Grobe
                   5. School of Medicine – Tom Pazdernick
                   6. School of Nursing - Anita Wingate
   Dean's appointed academic chair:
                   7. SOM - Richard Barohn

2. **Handbook Section IV, Appointment Terms and Benefits**
   **Handbook Section V, Leave Policies**
   Office of Academic Affairs Coordinator – Karen Stanze
   Ad Hoc :        1. Human Resources – Rick Robards
                   2. Rep. Of unclassified non-faculty – John Matzeder
   Faculty At-large (full-time faculty):
                   3. School of Health Professions\* – Melisa Rempfer
                   4. School of Medicine – Bob Trueworthy
                   5. School of Nursing – Meena Patel

3. **Handbook Section VI, Academic Rules and Regulations**
   **Handbook Section VII, Services**

   Office of Academic Affairs Coordinator – Terry Turner
   Ad Hoc:         1. Student Services/Registrar – Anne Flaherty
                   2. Information Resources – Cheryl Pace
                   3. Educational Resource Center – Mark Van Gorp
                   4. Student Health/Counseling Center – Rebecca Vaughn
   Faculty At-large (full-time faculty):
                   5. School of Health Professions\* – Brian McKiernan
                   6. School of Medicine – Mark Meyer
                   7. School of Nursing – Sharon Kumm

**Agency Record 003635**

A00185

Dean's Appointed academic chair:
      8. SOM – William Gabrielli

4.    **Handbook Section VIII, Research**

Office of Academic Affairs Coordinator – Allen Rawitch
Ad Hoc :    1. Research Institute – Tom Noffsinger, Ted Knous
        2. Compliance Office – Sue Clausen, John Finley .
        3. Research Administration – Vickie Eaton
        4. Technology Transfer – Jim Baxendale
Chairs of School Research Committees:
        5. School of Health Professions* – Tana Brown
        6. School of Medicine – James Calvet
        7. School of Nursing – Geri Neuberger
    8. Faculty Assembly Res. Comm. – Marc Fey
Dean's appointed academic chair:
        9. SOM – Larry Cheung

5.    **Handbook Section X, General Policies & Procedures**

Office of Academic Affairs Coordinator – Dawn Parchert
Ad Hoc :    1. KUMC Office of Equal Opportunity – Jayne Owen
      2. Campus Police – Rick Johnson
      3. KUMC Employee Health – William Barkman
      4. KUMC Financials – Mike Keeble
Faculty At-large (full-time faculty):
        5. School of Health Professions* – Lou Loescher-Junge
        6. School of Medicine – Kolawole Okuyemi
        7. School of Nursing – Jeanne Schott

**Other Review Activity:**

6.    **Handbook Section I. University Organization**
- Executive Vice Chancellor's Office
- Senior Vice Chancellor for Academic and Student Affairs

7.    **Handbook Section II. University Governance**
- Faculty Assembly Steering Committee

8.    **All Sections for legal review**
- Office of General Council

**Special Thanks to Ms. Robin Lehman, for handbook editing services**

A00186

Agency Record 003636

**October 2005**

## TABLE OF CONTENTS

TABLE OF CONTENTS..................................................................................................................5

PREFACE.................................................................................................................................17

A. The Board of Regents..........................................................................................................19

B. The University....................................................................................................................19

    C. University of Kansas Medical Center ................................................................................20

    D. Organization and Administration of the Schools ..............................................................21

II. UNIVERSITY GOVERNANCE ................................................................................................22

    A. Charter of the Governmental Bodies of the University ......................................................22

    B. Governmental Organization .............................................................................................23

    C. Bylaws of the Faculty Assembly .......................................................................................24
       1.    Article I – Name.......................................................................................................24
       2.    Article II – Object.....................................................................................................24
       3.    Article III – Membership...........................................................................................24
          a)    Section 1. Assembly Membership ...................................................................24
          b)    Section 2. Subdivisions of the Faculty and the Assembly..................................25
          c)    Section 3. List of Assembly Members.............................................................25
       4.    Article IV – Meetings ...............................................................................................26
          a)    Section 1. Regular Meetings of the Assembly .................................................26
          b)    Section 2. Special Meetings of the Assembly ...................................................26
          c)    Section 3. Notice of Assembly Meetings .........................................................26
          d)    Section 4. Agenda for Assembly Meetings.......................................................26
          e)    Section 5. Presiding Office Assembly Meetings ...............................................26
          f)    Section 6. Minutes of Assembly Meetings .......................................................27
          g)    Section 7. Quorum and Decisions ..................................................................27
          h)    Section 8. Mail Balloting on Assembly Decisions .............................................27
       5.    Article V – Standing Committees ..............................................................................27
          a)    Section 1. General Rules................................................................................27
          b)    Section 2. Election Committee and Elections...................................................28
          c)    Section 3. Committees ..................................................................................29
       6.    Article VI – Parliamentary Authority ........................................................................32
       7.    Article VII – Methods of Amending These Bylaws.......................................................32
          a)    Section 1. Proposals to Amend.......................................................................32
          b)    Section 2. Consideration of Amendments........................................................33
          c)    Section 3. Adoption of Amendments ..............................................................33

III. PERSONNEL......................................................................................................................33

Part 1. Recruitment, Selection, and Appointment of Faculty and Administrators.....................33

A00187

**Agency Record 003637**

A. General Guidelines for Recruitment and Selection ................................................................33

B. Faculty Selection and Appointments...................................................................................33
   1.   Selection...........................................................................................................................33
      a)   Process .................................................................................................................33
      b)   Non-Native Speakers of English Requesting Employment as a Faculty Member ... 34
   2.   Appointments ................................................................................................................. 34
      a)   Faculty Ranks........................................................................................................ 35
      b)   Summary Guidelines Chart.................................................................................... 35
      c)   Tenured Appointments......................................................................................... 35
      d)   Tenure-Track Appointments ................................................................................ 35
      e)   Non-Tenure-Track Appointments......................................................................... 35
   3.   Special Designations....................................................................................................... 37
      a)   Emeritus .............................................................................................................. 37
      b)   University Distinguished Professors ...................................................................... 38

C. Administrator Selection and Appointments ........................................................................ 40
   1.   The Administrative Responsibility.................................................................................. 40
   2.   Selection and Appointment ............................................................................................ 40
      a)   Executive Vice Chancellor..................................................................................... 40
      b)   Acting Chairs, Deans, and Vice Chancellors.......................................................... 40
      c)   Associate or Assistant Chairs, Deans and Vice Chancellors................................... 41
   3.   Summary Guidelines for Selection of Administrator Vacancy ......................................... 41

*Part 2. Faculty Rights and Responsibilities*...................................................................... *41*

A. Rights .................................................................................................................................41
   1.   All Faculty........................................................................................................................ 41
   2.   Probationary (Non-Tenured) Faculty ............................................................................. 42
   3.   Tenured Faculty.............................................................................................................. 43
   4.   Appeal and Peer Review Process ..................................................................................... 43
   5.   Academic Freedom ........................................................................................................ 44

B. Responsibilities..................................................................................................................46
   1.   Teaching – Research – Service ........................................................................................ 46
      a)   Teaching .............................................................................................................. 46
      b)   Research .............................................................................................................. 46
      c)   Service................................................................................................................. 47
   2.   Faculty Responsibilities ................................................................................................. 47
      a)   Protection against Improper Disclosure ............................................................... 48
      b)   Privacy of Records ............................................................................................... 48
      c)   Academic Responsibilities .................................................................................... 48
   3.   Reporting Conflicts of Time and Interest ........................................................................ 49
      a)   Reporting Significant Ad Hoc Current or Prospective Conflicts as They Occur ........ 50
      b)   Reporting of Consulting........................................................................................ 50
   4.   Reporting Results with Potential Commercial Value ....................................................... 50

*Part 3. Faculty Conduct* ..................................................................................................... *51*

A. Teaching – Academic – Scholarly ....................................................................................... 51
   1.   Types of Misconduct...................................................................................................... 51
   2.   Codes for Judging Misconduct ....................................................................................... 52
   3.   Standards of Academic Conduct .................................................................................... 53

A00188

4.   Guidelines for Conduct of Research and Publication ...................................................... 54
5.   Standards of Conduct in the Clinical Setting ................................................................ 55

B. Potential Conflicting Relationships ............................................................................ 56
1.   Interpersonal Relationships .................................................................................... 56
2.   Time, Interest, Consulting and Other Employment ...................................................... 58
     a)   Conflict of Interest – Board of Regents Policy.................................................... 58
     b)   State Regulations on Conflict of Interest and Ethics ........................................... 65
3.   Development of Products with Commercial Value ........................................................ 65
     a)   Employment- and Enrollment-Related Professional Activities .............................. 65
     b)   and Guidelines ............................................................................................ 65
4.   Political Activity and Lobbying ................................................................................ 65
     a)   Political Activity .......................................................................................... 65
     b)   Lobbying Regulations ................................................................................... 67
5.   Use of University Name........................................................................................... 67

C. Alleged Misconduct.................................................................................................67

Part 4. Review and Evaluation of Faculty and Administrators .........................................67

A. Faculty..................................................................................................................67
1.   Evaluation............................................................................................................ 68
2.   Principles and Guidelines for Promotion and Tenure .................................................... 68
     a)   Principles .................................................................................................. 68
     b)   Guidelines – Promotion................................................................................ 73
     c)   Guidelines – Tenure Policy ........................................................................... 73
     d)   Recommendations for Promotion and Award of Tenure ...................................... 75
     e)   Provision for Periodic Review of Tenured Faculty .............................................. 76
     f)   Individualized Goals/Expectations .................................................................. 77
     g)   Interventions ............................................................................................. 77
     h)   Determination That Academic Responsibilities Are Not Being Met......................... 78
     i)   Policy on Sustained Failure to Perform Academic Responsibilities......................... 78
     j)   Financial Recognition for Promoted Faculty ..................................................... 79
     k)   Student Evaluations..................................................................................... 79
     l)   Recommendation for Dismissal...................................................................... 79

B. Administrators.......................................................................................................80
1.   Chairs.................................................................................................................. 80
2.   Deans.................................................................................................................. 81
3.   Vice Chancellors.................................................................................................... 83
4.   Executive Vice Chancellor ....................................................................................... 83

C. Directors ..............................................................................................................84

Part 5. End of Appointment.......................................................................................84

A. Resignation...........................................................................................................84

B. Retirement ...........................................................................................................85

C. Dismissal..............................................................................................................85
1.   Discontinuance of an Academic Program ................................................................... 85
2.   Financial Exigency ................................................................................................. 85
3.   Adequate Cause .................................................................................................... 85

A00189

**Agency Record 003639**

a) Scientific and Other Scholarly Misconduct ................................................................... 85
b) Clinical Misconduct ..................................................................................................... 85
c) Personal Misconduct ................................................................................................... 85
d) Sustained Failure to Perform Academic and/or Clinical Responsibilities ................. 85
4. Appeal of Dismissal ............................................................................................................ 85

D. Non-Reappointment ............................................................................................................. 86
1. Tenure-Track Faculty .......................................................................................................... 86
2. Non-Tenure Track Faculty ................................................................................................... 87
3. Faculty Administrators ........................................................................................................ 87

E. Expiration of Appointment ................................................................................................... 87
1. Annual Appointments ......................................................................................................... 87
2. Limited Term Appointment ................................................................................................ 87

**Part 6. Appeals and Grievances** ................................................................................................ **88**

A. Introduction ......................................................................................................................... 88

B. Definitions ........................................................................................................................... 88

C. General Provisions ............................................................................................................... 92
1. Due Process ........................................................................................................................ 92
2. Confidentiality .................................................................................................................... 93
3. Filing a False Complaint or Retaliating Against Participants in the Complaint Process ............ 93

D. Peer Review Committees ..................................................................................................... 93
1. The Ad Hoc Hearing Committee ......................................................................................... 93
a) Role of the Committee ................................................................................................ 93
b) Composition of the Committee ................................................................................... 93
c) Committee Chair ......................................................................................................... 93
d) Conflict of Interest Restriction ................................................................................... 94
e) Procedural Guidelines ................................................................................................ 94
f) Changes and Amendments to these Guidelines .......................................................... 95
2. The Medical Center Hearing Committee on Promotion and Tenure ................................. 95
a) Role of the Committee ................................................................................................ 95
b) Composition of the Committee ................................................................................... 95
c) Committee Chair ......................................................................................................... 96
d) Conflict of Interest Restriction ................................................................................... 96
e) Procedural Guidelines ................................................................................................ 96
f) Changes and Amendments to These Guidelines ......................................................... 97

E. Personal and Professional Misconduct Complaint Procedure .......................................... 97
1. General Principles ............................................................................................................... 97
2. Purpose and Jurisdiction of the Procedure ....................................................................... 97
3. Resolution Strategies .......................................................................................................... 97
4. Responsibility for Implementation ..................................................................................... 97
5. Timelines ............................................................................................................................ 98
6. Filing ................................................................................................................................... 98
7. Complaint Procedure .......................................................................................................... 98
a) Inquiry Procedure ....................................................................................................... 98
b) Investigation Procedure .............................................................................................. 99
c) Sanctions .................................................................................................................... 99

A00190

**Agency Record 003640**

d) Appeal and Adjudication of Corrective Actions and Non-Punitive Measures ........................................ 100
e) Adjudication Procedure............................................................................................................................. 100
f) Records Management ................................................................................................................................ 100
g) Changes and Amendments to Policy and Procedures .............................................................................. 101

**F. Complaint Procedure Governing Research or Scientific Misconduct** ........................................................ **101**
1. General Principles ........................................................................................................................................ 101
2. Purpose and Jurisdiction of the Procedure ................................................................................................. 101
3. Resolution Strategies ................................................................................................................................... 101
    a) Inquiry ....................................................................................................................................................... 101
    b) Investigation ............................................................................................................................................. 101
    c) Adjudication .............................................................................................................................................. 101
4. Responsibility for Implementation.............................................................................................................. 101
5. Timelines ...................................................................................................................................................... 102
6. Filing ............................................................................................................................................................. 103
7. Complaint Procedure ................................................................................................................................... 103
    a) Assessment of Allegations........................................................................................................................ 103
    b) Sequestration of Records ......................................................................................................................... 103
    c) Whistleblower Protection ......................................................................................................................... 103
    d) Respondent Protection ............................................................................................................................. 104
    e) Inquiry Process .......................................................................................................................................... 104
    f) Investigation ............................................................................................................................................. 104
    g) Adjudication Procedure............................................................................................................................. 107
    h) Institutional Notification of the Funding Agency ..................................................................................... 107
    i) Records Management ................................................................................................................................ 108
    j) Changes and Amendments to This Procedure .......................................................................................... 108

**G. Discrimination Complaint**......................................................................................................................... **108**
1. General Principles ........................................................................................................................................ 108
2. Pre-Complaint Resolution Strategies .......................................................................................................... 109
3. Purpose and Jurisdiction of the Discrimination Complaint Procedure ...................................................... 109
4. Responsibility for Implementation.............................................................................................................. 110
5. Timelines ...................................................................................................................................................... 110
6. Filing ............................................................................................................................................................. 110
7. Complaint Procedure ................................................................................................................................... 110
    a) Filing of Complaint.................................................................................................................................... 110
    b) Jurisdiction Decision ................................................................................................................................. 110
    c) Informal Resolution .................................................................................................................................. 111
    d) Preliminary Assessment of Allegations .................................................................................................... 111
    e) Investigative Process ................................................................................................................................. 111
    f) Determination of Disciplinary Action ....................................................................................................... 112
    g) Complaint Initiated by Administration ..................................................................................................... 112
    h) Records Management ................................................................................................................................ 112
    i) Filing a False Complaint or Retaliating Against Participants in the Complaint Process.......................... 113
    j) Alternative Complaint Procedures ........................................................................................................... 113

**H. Academic Freedom Complaint Procedure** ................................................................................................. **114**
1. General Principles ........................................................................................................................................ 114
2. Resolution Strategies ................................................................................................................................... 114
3. Purpose and Jurisdiction of the Academic Freedom Complaint Procedure............................................... 115
4. Responsibility for Implementation.............................................................................................................. 115

A00191

**Agency Record 003641**

5.  Timelines ........................................................................................................................... 115
6.  Filing .................................................................................................................................. 115
7.  Complaint Procedure ......................................................................................................... 116
8.  Records Management ......................................................................................................... 118
9.  Changes and Amendments to Policy and Procedures ......................................................... 119

I. Promotion and Tenure Appeal Procedure ...................................................................................119
1.  General Principles .............................................................................................................. 119
2.  Resolution Strategies ......................................................................................................... 119
3.  Purpose and Jurisdiction of the Promotion and Tenure Appeal Procedure ......................... 119
4.  Responsibility for Implementation ...................................................................................... 120
5.  Timelines ........................................................................................................................... 120
6.  Filing .................................................................................................................................. 120
7.  Appeal Procedure .............................................................................................................. 120
     a)  Details of Appeal Procedure ......................................................................................... 120
     b)  Records Management .................................................................................................... 122
     c)  Changes and Amendments to Procedure ....................................................................... 122

J. Dismissal Appeal Procedure .......................................................................................................122
1.  General Principles .............................................................................................................. 122
2.  Resolution Strategies ......................................................................................................... 123
3.  Purpose and Jurisdiction of the Dismissal Appeal Procedure .............................................. 123
4.  Burden of Proof ................................................................................................................. 123
5.  Access to Information ......................................................................................................... 123
6.  Responsibility for Implementation ...................................................................................... 123
7.  Timelines ........................................................................................................................... 124
8.  Filing .................................................................................................................................. 124
9.  Appeal Procedure .............................................................................................................. 124
     a)  Details of Appeal Procedure ......................................................................................... 124
     b)  Records Management .................................................................................................... 125
     c)  Changes and Amendments to Policy and Procedures ..................................................... 125

*FLOW CHARTS FOR APPEALS AND GRIEVANCES ................................................................ 126*

*Personal or Professional Misconduct Complaint Procedure ................................................ 126*

*VCAA initiates INQUIRY ........................................................................................................ 126*

*Research Integrity Officer (ROI) initiates INQUIRY ................................................................ 127*

*Discrimination Complaint Procedure .................................................................................... 128*

*EOO determines if complaint falls within the purview of these procedures ........... 128*

*Academic Freedom Complaint Procedure .............................................................................. 129*

*Promotion and Tenure Appeal Procedure ............................................................................. 130*

*Dismissal Appeal Procedure ................................................................................................. 130*

*The VCAA forms Ad Hoc Hearing Committee ....................................................................... 131*

*Ad Hoc Hearing Committee conducts hearing ...................................................................... 131*

*Unclassified Professional Staff Regulations ......................................................................... 132*

*Handbook for Faculty and Other Unclassified Staff (revised 2005)*   Page 10 of 264

A00192

IV. APPOINTMENT TERMS AND BENEFITS ........................................................................138

A. Salary Payments ...........................................................................................................138

B. Proof of Date of Birth/Proof of U.S. Citizenship..........................................................138

C. Payroll Deductions ........................................................................................................138

D. Compensation in Excess of Full-Time Salary ...............................................................139
   1.   General Authorization.............................................................................................139
   2.   Prior Authorization Required ................................................................................140

E. Faculty and Staff In-State and Out-of-State Travel .......................................................141

F. Group Health Insurance .................................................................................................141

G. Retirement .....................................................................................................................142
   1.   Regents Retirement Plan........................................................................................142
      a)  Phased Retirement Program ............................................................................142
      b)  Tax Sheltered Annuities.....................................................................................143
   2.   Plans ......................................................................................................................143
   3.   Benefits After Retirement .....................................................................................143
   4.   Employment After Retirement...............................................................................144
   5.   Research Work by Emeritus Staff...........................................................................144

H. Group Death and Disability Insurance...........................................................................145

I. Optional Group Life .........................................................................................................145

J. Legal Protection Afforded Faculty and Unclassified Professional Staff at KUMC ...........145

K. Workers' Compensation .................................................................................................147

L. Unemployment Compensation ......................................................................................148

M. Holidays ........................................................................................................................148

N. Employment of Relatives ...............................................................................................148
   1.   Employment of Relatives .......................................................................................148
   2.   Process of Evaluation of Relatives..........................................................................149

O. Identification Badges .....................................................................................................149

P. Faculty and Staff Enrollment..........................................................................................149

V. LEAVE POLICIES..............................................................................................................150

A. Sabbatical Leave ............................................................................................................150
   1.   Introduction ..........................................................................................................150
   2.   Policy .....................................................................................................................151
   3.   Application Process ...............................................................................................152
   4.   Extra Compensation While on Sabbatical Leave ...................................................154

B. Leave Without Pay ..........................................................................................................154

C. Leave With Pay ...............................................................................................................155

D. Vacation Leave ...............................................................................................................155

A00193

**Agency Record 003643**

E. Sick Leave for Unclassified Employees.................................................................155

G. Bereavement Leave for Unclassified Employees ....................................................156

H. Shared Leave for Unclassified Employees ............................................................156

I. The Family and Medical Leave Act (FMLA) ............................................................156

*VI. ACADEMIC RULES AND REGULATIONS ..............................................................156*

A. Academic Calendar ..........................................................................................156

B. Admission, Registration and Enrollment ..............................................................157

C. Attendance ......................................................................................................157

D. Tests, Examinations and Final Examinations ........................................................157

E. Grades ............................................................................................................158

F. Personnel and Academic Records........................................................................158

G. Confidentiality of Student Records .....................................................................159

*VII. SERVICES .................................................................................................159*

A. Scheduling Services...........................................................................................159
   1.   Special Events...............................................................................159
   2.   Classrooms for Scheduled Courses ...................................................159

B. Educational Support Services..............................................................................159

C. Network and Computer Support Services..............................................................160

D. Library Services.................................................................................................160
   1.   Archie R. Dykes Library of the Health Sciences ....................................160
   2.   Clendening History of Medicine Library ..............................................161
   3.   Farha Medical Library at the Wichita Campus ......................................161

E. Statistical and Survey Services ...........................................................................161

F. Student Services ...............................................................................................161

G. Kirmayer Fitness Center ....................................................................................162

H. Bookstore........................................................................................................162

*VIII. RESEARCH ADMINISTRATION .......................................................................162*

A. Overview .........................................................................................................162

B. Office of the Vice Chancellor for Research ...........................................................163

C. University of Kansas Medical Center Research Institute, Inc. ...................................164
   1.   Division of Clinical Research Administration.........................................165
   2.   Division of Finance and Administrative Services ...................................165
   3.   Division of Sponsored Programs Administration ...................................166
      a)   Proposal Development Office (Pre-Award) ....................................166
      b)   Grant Monitoring Office (Post-Award) .........................................169
      c)   Cost-Sharing ...........................................................................170

A00194

**Agency Record 003644**

d)      Time and Effort Charged to Sponsored Projects ............................................................. 171
4.      Division of Technology Transfer and Intellectual Property ...................................................... 172
a)      Faculty and Staff Assignment of Inventions to KUMC...................................................... 172
b)      Board of Regents Patent Policy ...................................................................................... 173
c)      University of Kansas Patent Policy ................................................................................. 175
d)      Classified Research ....................................................................................................... 176
e)      Business and Industry Grants and Contracts................................................................... 178
f)      Retention of Research Records ...................................................................................... 179
g)      Related Policies and Procedures .................................................................................... 180

D. Principal Investigator (P.I.) or Project Director ............................................................................181

E. Facility and Administrative Overhead (Indirect Costs)....................................................................181

IX. PROFESSIONAL CONDUCT ................................................................................................. 182

A. Faculty Code of Conduct.............................................................................................................182
1.      Article I – Title ................................................................................................................ 182
2.      Article II – Definitions...................................................................................................... 182
3.      Article III – Faculty Rights ................................................................................................ 183
4.      Article IV – Faculty Responsibilities.................................................................................. 184
a)      Teaching ...................................................................................................................... 184
b)      Research ...................................................................................................................... 185
c)      Service ......................................................................................................................... 185
d)      Protection Against Improper Disclosure ......................................................................... 186
e)      Privacy of Records ........................................................................................................ 186
f)      Regular Class Times ...................................................................................................... 186
5.      Article V – Proscribed Conduct......................................................................................... 187
6.      Article VI – Sanctions...................................................................................................... 188
a)      Warning ....................................................................................................................... 189
b)      Restitution ................................................................................................................... 189
c)      Recommendation of Censure ........................................................................................ 189
d)      Recommendation of Suspension ................................................................................... 189
e)      Recommendation of Dismissal or Suspension Without Pay.............................................. 189

B. Standards of Conduct in the Clinical Setting .................................................................................189

C. Standard of Academic Conduct...................................................................................................190
1.      Academic Misconduct by Faculty..................................................................................... 190
2.      Interpersonal Relationships ............................................................................................ 191

D. Guidelines for Conduct of Research and Publication ....................................................................192

E. Guidelines for Dealing with Allegations of Scientific and Other Scholarly Misconduct..................193

F. Conflict of Interest – Regents' Policy ...........................................................................................196

G. KUMC Conflict of Interest and Conflict of Time Commitment Reporting Procedures ...................196

H. State Regulations on Conflict of Interest......................................................................................197

I. Employment- and Enrollment-Related Professional Activities and Guidelines ...............................197
1.      Policies ......................................................................................................................... 197
2.      Procedures .................................................................................................................... 198

A00195

**Agency Record 003645**

3.    Guidelines for Administration of Medical Center Policy on Employment- and Enrollment-Related
Professional Activities................................................................................................................. 199

J. Political Activity ...................................................................................................................204

K. Lobbying Regulations ..........................................................................................................204

L. Policy on Consenting Relationships .....................................................................................204

X. GENERAL POLICIES AND PROCEDURES.............................................................................206

A. Equal Opportunity/Affirmative Action/Nondiscrimination – Policies and Procedures ...............206
    1.    Affirmative Action ......................................................................................................206
        a)    Affirmative Action Policy Statement ................................................................206
        b)    Legal Basis .....................................................................................................206
        c)    Responsibility for Implementation....................................................................207
        d)    Notification of Commitment .............................................................................208
        e)    Record Retention............................................................................................209
        f)    Internal Auditing, Monitoring and Reporting Requirements ..............................209
        g)    Recruitment....................................................................................................209
    2.    Equal Opportunity and Nondiscrimination ...................................................................210
        a)    Equal Opportunity/Nondiscrimination Policy ....................................................210
        b)    Legal Basis .....................................................................................................211
        c)    Responsibility for Implementation....................................................................211
        d)    Selection .........................................................................................................211
        e)    Training/Education ..........................................................................................212
        f)    Retaliation ......................................................................................................212
        g)    Reporting Discrimination and Illegal Harassment .............................................212
        h)    Receiving Reports of Discrimination and Illegal Harassment .............................212
    3.    Sexual Harassment .....................................................................................................212
        a)    Definition........................................................................................................212
        b)    Sexual Harassment Policy Statement ...............................................................213
    4.    Other Forms of Harassment ........................................................................................213
        a)    Policy Statement .............................................................................................213
    5.    Accommodation of Individuals with Disabilities ...........................................................214
        a)    Accommodation Policy.....................................................................................214
        b)    Legal Basis .....................................................................................................214
        c)    Responsibility for Implementation....................................................................214
        d)    Procedure for Requesting Accommodation ......................................................215
        e)    Receiving Accommodation Requests ................................................................216
        f)    Documentation of Disability .............................................................................217
        g)    Reporting Failure to Provide Reasonable Accommodation ................................217
    6.    Discrimination Complaint Procedure ............................................................................217
        a)    General Principles............................................................................................217
        b)    Pre-Complaint Resolution Strategies ...............................................................218
        c)    Purpose and Jurisdiction of the Discrimination Complaint Procedure ...............218
        d)    Responsibility for Implementation....................................................................219
        e)    Confidentiality ................................................................................................219
        f)    Timelines ........................................................................................................219
        g)    Filing ..............................................................................................................219
        h)    Complaint Procedure.......................................................................................219

B. Financial Exigency ...............................................................................................................223

**Agency Record 003646**

A00196

1.   Introduction ............................................................................................................................ 223
2.   Definition................................................................................................................................. 224
3.   Declaration of Financial Exigency.......................................................................................... 225
   a)   University of Kansas Medical Center-Wide Declaration........................................................ 225
   b)   Unit Designation and Unit Due Process .............................................................................. 226
   c)   Individual Designation and Due Process ............................................................................. 227
4.   Emergence from Financial Exigency........................................................................................ 229
   a)   Annual Reappraisal and Reports ........................................................................................ 229
   b)   Unit Allocation of New Positions ........................................................................................ 230
   c)   Reinstatement Rights of Individuals ................................................................................... 230
   d)   Termination of Obligations Incurred Under Financial Exigency ........................................... 231
5.   Timely Notice .......................................................................................................................... 231

C. Program Reviews ............................................................................................................................ **231**

D. Program Discontinuance ................................................................................................................. **232**
1.   General Policies and Procedures............................................................................................. 232
2.   Definitions and Exclusions....................................................................................................... 233
3.   Recommendations for Program Discontinuance .................................................................... 233
4.   Notice to the Faculty of Non-Reappointment Due to Academic Program Discontinuance ....... 234
5.   Impact on Students ................................................................................................................. 237

E. Campus Speakers ........................................................................................................................... **238**

F. Human Rights................................................................................................................................. **239**

G. Recruitment and Selection ............................................................................................................. **239**

H. Drug-Free Workplace Regulations .................................................................................................. **240**

I. University of Kansas Medical Center Policy on Substance Abuse..................................................... **241**

*SECTION II: Educational Programs for Student and Employees..............................244*

*SECTION III: Compliance with National, State and Local Laws...............................244*

   J. Policy and Prevention Concerning Sexual Assault/Student Right to Know and Campus Security Act
   .................................................................................................................................................. **245**

K. Policy on Employee and Student Assistance Program ..................................................................... **246**

L. Legislative Appearances and Committee Hearings .......................................................................... **248**

M. Treatment of Patients with Infectious Diseases............................................................................. **248**

N. Employment of Individuals with an Infectious Disease ................................................................... **249**
1.   Background ............................................................................................................................. 250
2.   Scope....................................................................................................................................... 251

*Appendix A.  Summary Guidelines for Faculty Appointments on the Medical Center Campus* **255**

*Appendix B.  Summary Guidelines for Selection of Administrator Vacancy ...........................259*

*Appendix C.  Appeals Committees ...............................................................................................261*

*APPENDIX C.  Proposed Faculty Appeal and Grievance Committees ........................................262*

A00197

**Agency Record 003647**

*Appendix C.  Proposed Faculty Investigating Committees* ...................................................**263**

*APPENDIX D.  Tenure Policy* ...........................................................................................**264**

A00198

**Agency Record 003648**

# PREFACE

This handbook is intended as a convenient reference text for policies and information concerning employment and professional activities at the University of Kansas Medical Center (KUMC), Kansas City and Wichita. As such, it includes policies for faculty and other unclassified staff. Many of these approved policies are published in full in a variety of other sources, including the following:

- Kansas Board of Regents Policies and Procedures

  http://www.kansasregents.org/policies_procedures (modified 10/2010)

- The University of Kansas Senate Code

  https://documents.ku.edu/policies/governance/UniversitySenateCode.htm (modified 10/2010)

- KUMC Faculty Assembly Bylaws

  http://www2.kumc.edu/aa/fa/fac_assembly.htm

- KUMC Equal Opportunity Handbook

  http://www.kumc.edu/eoo/

- Personnel Policies and Procedures Affecting Unclassified Health Care Employees

- KUMC Medical Staff Bylaws

  http://www.kumc.edu/som/facgov/bylawsofthemedfaculty.pdf

- KUMC Policies and Procedures Manual

  http://www.kumc.edu/guides/policyguide.html

Faculty and unclassified staff are encouraged to review the above-listed governing documents.

The University reserves the right to expand upon, alter, amend, or delete any provisions contained herein as may be deemed necessary or appropriate by the administration. Accordingly, the policies described in this handbook are not intended to create a contract between the University of Kansas and its employees. The online version will be updated by the Vice Chancellor for Academic Affairs as policy changes are approved and will be considered the official version at any given time.

*Handbook for Faculty and Other Unclassified Staff (revised 2005)*   Page 17 of 264

A00199

**Agency Record 003649**

## A. The Board of Regents

The University of Kansas is one of six state universities of higher education governed by the Kansas Board of Regents. Established in 1925 by the Kansas Legislature, the board consists of nine members who are appointed by the Governor with the advice and consent of the Kansas Senate. State law requires that no more than five members shall be identified with the same political party. Members of the board serve for overlapping terms of four years each.

The board is assisted by a professional staff, which enables Regents to address questions of general policy. Normally, neither the board nor its staff enters into the internal administration or operation of the University. However, administrative procedures prescribed by the agencies of the State of Kansas apply to the University, and much of the procedural detail that governs the operation of the University of Kansas is defined by state law or by regulations issued by the Kansas Department of Administration.

In its consideration of policies, the board is generally guided by recommendations from the chief executive officers of the six Regents institutions. At the Kansas City campus, copies of the minutes of board meetings are deposited with the Offices of the Chancellor, Vice Chancellor for Academic Affairs, Legal Counsel, Executive Vice Chancellor, Business Affairs, and Hospital Administration. These documents are freely available for review.

## B. The University

The chief executive officer is the Chancellor, who is named by and serves at the pleasure of the Board of Regents. As chief executive officer, the Chancellor serves as head of the state agency units that comprise the University of Kansas.

In the actual administration of the University and the maintenance of relationships with the Board of Regents, the Legislature, and state agencies and offices, the Chancellor is assisted by a staff that includes the Provost/Executive Vice Chancellor for the Lawrence campus, the Executive Vice Chancellor for the Medical Center campus, the Vice Chancellor for Administration, the University General Counsel, and the Assistant to the Chancellor.

A00201

**Agency Record 003651**

## C. University of Kansas Medical Center

The primary administrative officer for the University of Kansas Medical Center is the Executive Vice Chancellor, who is appointed by and serves at the pleasure of the Chancellor. The Executive Vice Chancellor is assisted in the administration of the University of Kansas Medical Center by the Senior Vice Chancellor for Academic and Student Affairs, the Vice Chancellor for Administration, the Vice Chancellor for Research, and the Vice Chancellor for Academic Affairs. The Executive Vice Chancellor consults with the KU Hospital CEO on matters pertaining to that organization.

The Executive Vice Chancellor is responsible for the direction, coordination, and supervision of the academic programs and activities of the University of Kansas Medical Center. The organizations that comprise the University of Kansas Medical Center are the School of Medicine (Kansas City and Wichita campuses), Schools of Nursing and Health Professions*, and the Office of Academic Affairs, including the Division of Graduate Studies *(modified 11/2012)*. Each entity is administered by respective deans. The Dean of Graduate Studies and Vice Chancellor for Student Services both report to the Senior Vice Chancellor for Academic and Student Affairs (modification of title 10/2011). All other deans report directly to the Executive Vice Chancellor. Each academic dean is responsible for student affairs, admissions, academic performance, and counseling in their respective schools.

KU Hospital is a public authority, and its CEO oversees operation of the hospital and all of its activities and departments. The CEO of the KU Hospital reports to the KU Hospital Authority Board. The Executive Vice Chancellor of KUMC and the CEO of the KU Hospital consult with each other on matters that involve academic programs.

The Vice Chancellor for Administration reports to the Executive Vice Chancellor and provides staff support to the Executive Vice Chancellor for development and management of facilities, information processing, and other activities as assigned.

The Vice Chancellor for Academic Affairs and Dean of Graduate Studies, a combined title, supports all academic affairs development and management, represents Graduate Studies and postdoctoral fellows (modified 10/2011) on the KUMC campus, maintains faculty records, and represents the Medical Center on the Council of Chief Academic Officers at Kansas Board of Regents meetings.

A00202

Agency Record 003652

The Vice Chancellor for Research is designated as the KUMC official responsible for research administration. The Vice Chancellor for Research also serves as President of the University of Kansas Medical Center Research Institute.

The Associate Vice Chancellor for Academic Resources has oversight of Dykes Library and information resources and technology and functions as the chief information officer for the campus.

Several service entities at the University of Kansas Medical Center contribute to the achievement of institutional goals. These include the Student Union Corporation; the Medical, Health Professions*, and Nursing Alumni organizations; and the KU Endowment Association.

### D. Organization and Administration of the Schools

The chief administrator of each school is a dean, who is appointed by and serves with the consent of the Executive Vice Chancellor and the Chancellor [see *Section III for selection procedures*]. The Schools of Medicine, Nursing, and Health Professions* are compartmentalized either by departments, sections, or programs. The heads of those units are appointed by and serve at the pleasure of the appropriate dean with the concurrence of the Executive Vice Chancellor, and where appropriate, the KU Hospital CEO [see *Section III for appointment procedures*].

Subject to the controls of law and administrative review, the faculty of each school may establish admission standards, curricula, academic standards, and degree requirements. Post-graduate medical education programs within the clinical departments of the School of Medicine will be established and supervised by the department chairs with concurrence by the Executive Dean of the School; such programs are subject to review by the Accreditation Council for Graduate Medical Education. Certificate-granting programs may be established in each school by the appropriate department chair and/or program director with concurrence from the appropriate dean and Executive Vice Chancellor (or designee); proposed certificate-granting programs will be submitted to the Chancellor and reported to the Board of Regents. Graduate degrees and certificates proposed by the Schools of Health Professions*, Medicine, and Nursing must be submitted for approval by the Vice Chancellor for Academic Affairs and Dean of Graduate Studies and the KUMC Graduate Council prior to transmittal to the Graduate School in Lawrence for approval and transmittal to the Board of Regents.

**Agency Record 003653**

A00203

(x)   demand for teaching and research from other scholarly institutions.

## C. Administrator Selection and Appointments

### 1. The Administrative Responsibility

State law places the responsibility for the administration of the University on the Chancellor, who is the chief executive officer of the institution and who is enjoined to act in accordance with the policies established by the Board of Regents. Therefore, chairs, deans, vice chancellors and other administrative officers are legally accountable to the Chancellor and serve at his or her pleasure. In turn, the Chancellor has designated the Executive Vice Chancellor as the principal administrative and academic officer of the Kansas City and Wichita campuses of the University of Kansas Medical Center.

### 2. Selection and Appointment

At all organizational levels within KUMC, an administrator must be responsive, directly or indirectly, to other administrators, to faculty and to students. An administrative officer's responsibilities frequently will extend to constituencies beyond the Medical Center. The selection and conditions of service of administrative officers must reflect these considerations.

#### a) Executive Vice Chancellor

The selection and appointment of the Executive Vice Chancellor of the University of Kansas Medical Center is the responsibility of the Chancellor of the University of Kansas and serves at his or her pleasure. A review process may be initiated at the discretion of the Chancellor to evaluate the administrative performance of the EVC.

#### b) Acting Chairs, Deans, and Vice Chancellors

If it is deemed necessary to appoint an individual to serve as a chair, dean or vice chancellor on an acting basis, the following protocol will be followed:

    i.    Acting department chairs will be named by the dean of the school, with the approval of the Executive Vice Chancellor. In the case of an acting clinical chair appointment, the CEO of the University of Kansas Hospital will be consulted.

    ii.    Acting deans will be named by the Executive Vice Chancellor, with the approval of the Chancellor.

    iii.    Acting vice chancellors will be named by the Executive Vice Chancellor and the Chancellor.

**Agency Record 003672**

A00222

c) Associate or Assistant Chairs, Deans and Vice Chancellors

Associate and assistant administrators serve at the pleasure of their respective chief administrators and may be designated by them. It would be assumed, however, that the designee is acceptable to those with whom he or she will be dealing. Designation of associate and assistant chairs, deans and vice chancellors shall be approved by the dean of the school involved and the Executive Vice Chancellor.

3. Summary Guidelines for Selection of Administrator Vacancy

See chart summarizing the guidelines for appointments in Appendix B.

---

## Part 2. Faculty Rights and Responsibilities

### A. Rights
(The complete Faculty Code of Conduct is found at Section IX, A)

1. All Faculty

The following enumeration of rights shall not be construed to deny or disparage other rights retained by faculty members as members of the University community or as citizens of the community at large:

a) Freedom of inquiry, expression and assembly are guaranteed to all faculty members.

b) The right of faculty members to be secure in their persons, offices, laboratory, papers and effects against unlawful searches and seizures is guaranteed.

c) Faculty members are subject to disciplinary action for conduct proscribed in Article V of this code.

d) No disciplinary sanctions may be imposed upon a faculty member without notice of the charges against the member and an opportunity for a hearing before the Ad Hoc Investigating Committee. At any such hearing, the faculty member shall have all rights afforded under the Faculty Hearing or Grievance Procedures.

e) Faculty members, groups and organizations may invite and hear any persons of their own choosing subject only to the requirements for use of the Medical Center as defined in Section G.

A00223

**Agency Record 003673**

e) A faculty member may appeal a decision for his or her dismissal based on a variety of reasons, including 1) financial exigency; 2) discontinuance of a program; 3) a for-cause disciplinary sanction arising from misconduct, or illegal discrimination; and 4) sustained failure to meet responsibilities.

f) A faculty member released or relocated under financial exigency has the right for access to a committee review of his or her claim that his or her reinstatement rights were violated during Emergence from Financial Exigency.

5. Academic Freedom

The University of Kansas has a long tradition of dedication to the principles of academic freedom and has sought to implement these principles as they are embodied in the 1940 Statement of Principles on Academic Freedom and Tenure of the American Association of University Professors and the American Association of Colleges. The University's position on academic freedom is therefore fully reflected by the following paragraphs from the AAUP statement:

> *The teacher is entitled to full freedom in research and in the publication of the results, subject to the adequate performance of his other academic duties . . .*
>
> *The teacher is entitled to freedom in the classroom in discussing his subject, but he should be careful not to introduce into his teaching controversial matter which has no relation to his subject.*
>
> *The . . . university teacher is a citizen, a member of a learned profession, and an officer of an educational institution. When he speaks or writes as a citizen, he should be free from institutional censorship or discipline, but his special position in the community imposes special obligations. As a man of learning and an educational officer, he should remember that the public may judge his profession and his institution by his utterances. Hence he should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that he is not an institutional spokesman.*

The following regulation on academic freedom and campus disruption was adopted by the Board of Regents on June 19, 1970:

**Agency Record 003676**

A00226

utterances. Hence they should at all times be accurate, should exercise appropriate restraint, should show respect for the opinions of others, and should make every effort to indicate that they are not speaking for the institution.

2) **Administrative Review.** The process of evaluation of an allegation or allegations by a designated University official who holds issue-specific expertise. Administrative review may be required when legal or technical assessment is required to develop a finding or recommend a course of action.

3) **Aggrieved party.** The person who is appealing, as authorized by this handbook, a recommendation; also referred to as "complainant" or "appellant."

4) **Allegation.** A written or oral statement that misconduct or prohibited actions have occurred, which is made in good faith to a designated University official in accordance with University complaint procedures.

5) **Appeal.** A written or oral request for further review of an administrative decision involving dismissal or tenure/promotion made to a designated University official that precedes or initiates a University appeal procedure.

6) **Appellant.** An individual who requests review of an administrative decision as authorized by this handbook, or otherwise initiates a University appeal procedure.

7) **Burden of Proof.** Burden of proof means the burden of persuasion. The person who has the burden of proof must persuade the decision-maker that, by a preponderance of the evidence, his/her claim is more probably true than not true..

8) **Complainant.** The person, entity or group filing an allegation of misconduct, discrimination or academic freedom infringement with a duly authorized University official.

9) **Conflict of Interest.** The real or apparent interference of a person's or entity's interests with the interests of another person or entity, which may inhibit or prevent unbiased evaluation of facts and appropriate decisions.

10) **Deciding Official.** The KUMC official who issues a final administrative response to findings of misconduct, discrimination or academic freedom infringement.

11) **Evidence.** Oral testimony, written accounts, data, pictures, graphs or other materials that are used to substantiate or refute allegations.

12) **Fabrication.** Making up data or results, and recording or reporting them.

13) **Falsification.** Manipulating research metarials, equipment, or processes, or changing or omitting data or results such that the research is not accurately represented in the research record.

A00271

**Agency Record 003721**

14) **Finding.** The determination made by a duly appointed administrative official or a duly constituted peer review panel regarding the outcome of a hearing or investigation.

15) **Good Faith Allegation.** An allegation made with the honest belief that misconduct or prohibited actions may have occurred. An allegation is not in good faith if made with reckless disregard for, or willful ignorance of, facts that would disprove the allegation.

16) **Grievance.** A written statement by an individual or group setting forth a complaint that has not been resolved by other methods or processes.

17) **Inquiry.** A process of gathering information and initial fact-finding to determine whether an allegation or apparent instance of misconduct warrants an investigation.

18) **Investigation.** The formal examination and evaluation of all relevant facts to determine if there exists a reasonable basis for the allegation or complaint and if so, to determine the responsible person, the seriousness of the misconduct and the appropriate administrative response.

19) **ORI.** The Office of Research Integrity in the U.S. Department of Health and Human Services (DHHS). ORI is responsible for the scientific misconduct and research integrity activities of the U.S. Public Health Services (PHS).

20) **Peer Review.** The process of evaluating allegations or appeals through a panel of peers rather than through a designated University official. Peer review committees may be required when academic or discipline-specific assessment is required to develop a finding or recommend a course of action.

21) **Personal or Professional Misconduct.** Broadly defined as conduct that fails to meet KUMC's expectation that its faculty (1) act professionally in their interactions with students, faculty and staff; (2) fulfill their teaching responsibilities; and 3) conduct themselves in a manner that by normal societal standards would be considered as morally and/or professionally acceptable conduct.

22) **Plagiarism.** The appropriation of another person's ideas, processes, results or words without giving appropriate credit.

23) **Preponderance of Evidence.** The standard used by a deciding official or peer review panel to establish a finding that the weight of evidence, including when fairly considered, is more credible and convincing to the mind. Weight of evidence is not be determined by the number of witnesses or documents. Preponderance of evidence exists when such evidence has, when considered and compared with that opposed to it, produces the conclusion that something is more likely true than not true.

A00272

**Agency Record 003722**

24) **Recommendation.** A suggestion made by a peer review panel or a duly appointed University official regarding the appropriate administrative response to a complaint or appeal procedure.

25) **Research.** All basic, applied and demonstration research in all fields of science, engineering and mathematics. This includes, but is not limited to, research in education, medicine, basic sciences and research involving human or animal subjects.

26) **Research Integrity Officer.** The institutional official responsible for making an inquiry into allegations of research or scientific misconduct and determining when such allegations warrant an investigation.

27) **Research Record.** The record of data or results that embody the facts resulting from scientific inquiry. The research record includes, but is not limited to, research proposals, laboratory records (both physical and electronic), grant or contract applications, progress reports, abstracts, theses, oral presentations, correspondence, internal reports and journal articles. Research records may be in the form of documents, videos, photographs and slides, x-rays, biologic materials, equipment use logs, laboratory procurement records, animal facility records, human and animal subject protocols, consent forms, medical charts, case report forms, computer files, computer diskettes, and non-written accounts or objects that reasonably may be expected to provide evidence or information regarding the proposed, conducted and/or reported research.

28) **Respondent.** The person, group or entity against whom an allegation is directed or whose actions are the subject of an inquiry or investigation. There can be more than one respondent in any inquiry or investigation.

29) **Retaliation.** Any unwarranted adverse action taken by a person, entity or group against a complainant, witness, peer review member or institutional official that can be linked to their initiation of or participation in a complaint or appeal procedure.

30) **Research or other Scientific Misconduct.** Research misconduct is broadly defined as any conduct that violates requirements of KUMC's research protection program or funding source regulations. Reportable research misconduct as defined by the federal government includes fabrication, falsification, or plagiarism in proposing, performing or reviewing research, or in reporting research results. Research misconduct does not include honest error, scholarly or political disagreements, and differences of opinion in interpretations or judgments of data. Other practices that seriously deviate from ethical standards for proposing, conducting or reporting research may constitute research or scientific misconduct. A finding of research

*Handbook for Faculty and Other Unclassified Staff (revised 2005)*   Page 91 of 264

2. Confidentiality

Complainants, respondents, witnesses and others involved shall refrain from disclosing information about complaint or appeal cases to anyone who does not have legitimate need or right to know. Violations of confidentiality may result in charges of unprofessional conduct.

3. Filing a False Complaint or Retaliating Against Participants in the Complaint Process

KUMC protects the rights and reputations of all parties involved, including individuals who report perceived misconduct in good faith. Complainants or appellants who make an allegation in good faith may not be retaliated against for making the allegation. Filing a false complaint in the absence of good faith is considered to be serious misconduct which is subject to sanction, including disciplinary action.

## D. Peer Review Committees

Peer review at the University of Kansas Medical Center is conducted by two faculty committees: the Ad Hoc Hearing Committee and the Medical Center Hearing Committee on Promotion and Tenure.

1. The Ad Hoc Hearing Committee

a) Role of the Committee

The Ad Hoc Hearing Committee considers complaints alleging academic freedom infringement or misconduct and/or dismissal appeals.

b) Composition of the Committee

The committee will be comprised of one member chosen by the aggrieved party, one member chosen by the respondent, and four persons selected by the Faculty Assembly Steering Committee. These individuals will be selected by the Faculty Assembly Steering Committee with approval of the Vice Chancellor for Academic Affairs. At least one of the four shall be from a School not represented by either the aggrieved party or the respondent.

c) Committee Chair

One of the four members selected from the Faculty Assembly Steering Committee shall serve as a non-voting chair; that individual may not have the same school or departmental affiliation as the aggrieved party or respondent.

A00275

Agency Record 003725

d) **Conflict of Interest Restriction**

No member of the committee may have an apparent or real conflict of interest regarding the issues or participants for a given appeal or complaint.

e) **Procedural Guidelines**

The following guidelines will be followed by the committee in conducting their hearings and investigations.

i. The Vice Chancellor for Academic Affairs may extend any time tables provided that all parties involved are notified (*rev. 6/99*).

ii. A list of witnesses shall be provided to all parties five working days prior to the hearing (*rev. 6/99*).

iii. Both the aggrieved party and respondent may submit supporting materials and introduce supporting witnesses

iv. The aggrieved party and respondent shall be entitled to full examination and hearing of the evidence, including the right to question witnesses.

v. The aggrieved party and respondent shall have the right to call witnesses and introduce documentary or other physical evidence, provided that reasonable advance notice of such witnesses and evidence shall be given to the other party.

vi. The aggrieved party and respondent may be self-represented or may be represented by an adviser of his or her own choice.

vii. Relevant statements and/or information obtained in any previous hearing or mediation process or in the course of a previous administrative proceeding may be obtained at the discretion of the committee, but all information obtained in this manner must be relevant in order to be entered into evidence. For appeals related to proposed dismissal on the grounds of sustained failure to meet academic responsibilities, the committee shall receive the reports of the review committee(s), the annual written evaluation(s) of the unit administrator concerning the faculty member, and the pertinent written response(s) by the faculty member to the evaluations and charges.

viii. The respondent shall have the privilege of remaining silent and may refuse to give evidence. He or she shall be informed of this privilege during the initial stage of the proceedings.

ix. Recommendations of the Hearing Committee shall be based solely on evidence received during the hearing.

A00276

**Agency Record 003726**

x.  The hearing of evidence by the committee shall be completed within 16 weeks from the date on which the Ad Hoc Hearing Committee was established.

xi.  The Hearing Committee shall render its recommendations to the Vice Chancellor for Academic Affairs within two weeks from the date on which the hearing of evidence has been completed.  The committee's recommendation shall be forwarded by the Vice Chancellor for Academic Affairs to the Executive Vice Chancellor as well as to the aggrieved party.

xii.  The Executive Vice Chancellor shall report his or her decision regarding the matter within two weeks to the chair of the Steering Committee and the Vice Chancellor for Academic Affairs. The Vice Chancellor for Academic Affairs will report the Executive Vice Chancellor's decision to the aggrieved party(s) and his or her supervisor(s).

f)  Changes and Amendments to these Guidelines

Procedural changes and amendments to these guidelines shall be made jointly by the Faculty Assembly Steering Committee, the Vice Chancellor for Academic Affairs, and the Executive Vice Chancellor.

2.  The Medical Center Hearing Committee on Promotion and Tenure

a)  Role of the Committee

The Medical Center Hearing Committee on Promotion and Tenure considers promotion and/or tenure appeals from individuals who have been denied recommendation by the Dean.  The committee shall only consider procedural issues.

b)  Composition of the Committee

The committee shall consist of seven voting faculty members (including at least one from the Wichita Campus) and the Vice Chancellor for Academic Affairs (or designee).  Faculty members serving on this committee must be tenured and, when possible, should hold the highest professorial rank in their school. The Faculty Assembly Steering Committee shall appoint four faculty members who have been (but are not currently) members of the Promotion and Tenure Committees of the three schools (one from School of Health Professions*, one from School of Nursing and two from the School of Medicine, one from the Wichita campus) plus three additional faculty members, one from each of the three schools.

A00277

Agency Record 003727

counsel concerning procedural issues and may request testimony on those issues from additional persons.

iii.   The findings and recommendation of the committee will constitute the minutes of the hearing.

iv.   The committee shall make its recommendations to the Executive Vice Chancellor.

v.   Official notification of action regarding promotion and/or tenure is made by the Executive Vice Chancellor (or designee).

### f)   Changes and Amendments to These Guidelines

Recommendations for changes in these guidelines will be forwarded to the Executive Vice Chancellor following consideration, consensus and recommendations from the Faculty Assembly Steering Committee.

## E. Personal and Professional Misconduct Complaint Procedure

### 1.   General Principles

Faculty responsibilities with regard to personal and professional conduct are detailed in Section III, Part 3. The following procedure provides a mechanism for handling complaints about faculty misconduct involving personal, professional, academic and clinical expectations, excluding research or scientific misconduct, which is addressed in Section III, Part 6F, and illegal discrimination which is addressed in Section III, Part 6G.

### 2.   Purpose and Jurisdiction of the Procedure

This procedure shall be invoked for alleged misconduct as outlined in Section III, Part 3, of this handbook. It shall be used to receive and process formal allegations of faculty misconduct, except when the misconduct is covered by policies and procedures governing research and scientific misconduct, or illegal discrimination.

### 3.   Resolution Strategies

All complaints regarding faculty conduct shall be reported at the first and most informal level. Generally, this will be the department chair, center director, or dean of the faculty member whose conduct is being questioned. Should informal resolution attempts fail, the following procedure shall be used.

### 4.   Responsibility for Implementation

The Executive Vice Chancellor is responsible for assuring compliance with federal, state and University policies and procedures governing the responsible and ethical conduct of research. The Executive Vice Chancellor delegates responsibility for

A00279

**Agency Record 003729**

responding to allegations of faculty misconduct to the Vice Chancellor for Academic Affairs.

5. Timelines

The Vice Chancellor for Academic Affairs shall respond immediately to an allegation or other evidence of possible misconduct. An inquiry or investigation must be completed within 60 calendar days of its initiation unless circumstances clearly warrant a longer period. If the procedure takes longer than 60 days to complete, the record shall include documentation of the reasons for exceeding the 60-day period. Timelines may be extended by the Vice Chancellor for Academic Affairs at his or her discretion or upon written request from the complainant or respondent to the Vice Chancellor for Academic Affairs. The Vice Chancellor for Academic Affairs or designee shall inform all parties when timeline extensions are made.

6. Filing

Anyone having reason to believe that a faculty or staff member has violated KUMC's faculty code of conduct shall report the matter to the Vice Chancellor for Academic Affairs. This report is assumed to be a "good faith allegation." An inquiry may also be initiated by the Vice Chancellor for Academic Affairs in response to notifications from school deans, department chairs, or center directors; direct observations of conduct; or any information that is sufficiently credible to justify such action.

7. Complaint Procedure

The procedural steps are outlined in a flow chart at the end of Section III, Part 6. Upon receipt of written allegations, the Vice Chancellor for Academic Affairs or designee shall initiate an inquiry into the allegations in order to determine whether the allegation has substance and if an investigation is warranted.

   a) Inquiry Procedure

      i.   The respondent will be informed that an inquiry has been initiated within five working days after the inquiry has begun.

      ii.  The Vice Chancellor for Academic Affairs or designee shall conduct the inquiry. The services of other individuals and entities may be utilized in order to make a complete inquiry as to whether evidence exists which would warrant an investigation. The inquiry must be completed within 60 calendar days of its initiation, unless circumstances clearly warrant a longer period.

      iii. The Vice Chancellor for Academic Affairs or designee shall prepare a written report stating what evidence was reviewed,

A00280

**Agency Record 003730**

summarizing relevant interviews, and including any conclusions reached as a result of the inquiry. The respondent shall be given a copy of the inquiry report. If the respondent chooses to comment on the report, he or she must submit a written response to the Vice Chancellor for Academic Affairs within five working days after receiving the report in order for it to be made a part of the record. If it is determined that an investigation is needed, the Vice Chancellor for Academic Affairs shall notify the Steering Committee of the Faculty Assembly, the Executive Vice Chancellor, the appropriate dean, and the appropriate department chair or center director before proceeding to the investigation procedure.

b) Investigation Procedure

   i. The Vice Chancellor for Academic Affairs or designee shall notify the respondent in writing that an investigation is being commenced. The notice shall indicate upon what grounds the determination was made and will include a copy of any applicable policies or procedures. Investigations shall be initiated within 30 calendar days after completion of the inquiry report.

   ii. The investigation shall be conducted by an Ad Hoc Hearing Committee and shall conform to procedural guidelines stated in <u>Section III</u>, Part 6D.

   iii. The investigation normally will include examination of all relevant documentation. Whenever possible, interviews will be conducted of all individuals involved either in making the allegation or who might have information regarding key aspects of the allegations.

   iv. All witness interviews shall be recorded during the course of the investigation, and transcripts of recorded testimony shall be made when deemed appropriate by the Ad Hoc Hearing Committee.

c) Sanctions

The sanctions listed here are formal sanctions and are steps taken beyond informal complaints about one's performance; i.e., verbal admonitions to improve or change one's behavior, or negative comments concerning one's performance as stated in the annual evaluations. One or more of the following sanctions, listed in order of increasing severity, may be imposed for proscribed conduct by a faculty member. Although listed in order of severity, the

A00281

**Agency Record 003731**

sanctions need not be applied serially, and a more serious sanction may be applied without a less serious one having been previously applied. Sanctions i, ii, iii and iv below are considered corrective and not subject to appeal. Sanctions under v below are considered punitive and subject to appeal.

 i.  *Warning.* Notice in writing that continuation or repetition of conduct found wrongful, within a period of time stated in the warning, may be cause for more severe disciplinary action.

 ii.  *Restitution.* Reimbursement for damage to or misappropriation of property. This may take the form of appropriate service or other compensation.

 iii.  *Recommendation of Censure.* Recommendation to the Executive Vice Chancellor and Chancellor that a faculty member be formally reprimanded.

 iv.  *Recommendation of Suspension.* Recommendation to the Executive Vice Chancellor and Chancellor that a faculty member be excluded from teaching and other specified privileges or activities for a definite period not in excess of two years.

 v.  *Recommendation of Suspension without pay or Dismissal.* Recommendation to the Executive Vice Chancellor and Chancellor that a faculty member be suspended without pay or dismissed.

d) Appeal and Adjudication of Corrective Actions and Non-Punitive Measures

If the administrative response results only in the imposition of corrective actions or non-punitive measures, the decision of the EVC or designee shall be final.

e) Adjudication Procedure

If the administrative response results in a punitive sanction such as termination or other adverse change in the respondent's terms and conditions of employment, the respondent may appeal the decision through the appropriate procedure contained in Section III, Part 6J, of this handbook.

f) Records Management

The Vice Chancellor for Academic Affairs and the Ad Hoc Hearing Committee are delegated responsibility for preparing and maintaining all documentation gathered or generated during the inquiry and investigation. Documentation of an inquiry that was not followed by an investigation shall be sufficiently detailed

A00282

**Agency Record 003732**

member was afforded full opportunity for academic review and that there was no arbitrary and capricious action on the part of any component of the school's review process.

v.  The Medical Center Hearing Committee on Promotion and Tenure shall make its recommendation to the Executive Vice Chancellor. The Executive Vice Chancellor will respond in writing to the recommendation of the Medical Center Hearing Committee on Promotion and Tenure documenting the reasons for agreeing or disagreeing. This response will be sent to the chair of the Medical Center Hearing Committee on Promotion and Tenure, the appellant's dean and chairperson, and the appellant.

b) Records Management

The Vice Chancellor for Academic Affairs shall maintain all records for appeals filed pursuant to these procedures, including the appeal, the response, investigative summaries, materials considered in the course of the investigation, the administrative response, and any documentation that confirms administrative actions were taken. Records shall be retained in the Vice Chancellor for Academic Affairs' Office or in archived files for at least five years.

c) Changes and Amendments to Procedure

Changes and amendments to this process shall be made jointly by the Faculty Assembly Steering Committee, the Vice Chancellor for Academic Affairs and the Executive Vice Chancellor.

## J. Dismissal Appeal Procedure

1. General Principles

This procedure shall be used when termination of the continuous appointment of a tenured faculty person or termination of a probationary faculty person occurs before the end of his or her specified term appointment [see the Proposed Faculty Appeal and Grievance Committees Chart in Appendix C].

Circumstances that might result in a recommendation for dismissal or termination include, but are not be limited to, the following:

a) A for-cause disciplinary sanction arising from research, scientific or personal misconduct, or illegal discrimination.

b) Demonstrated, sustained failure on the part of a faculty person to meet his or her academic and/or teaching responsibilities.

A00304

Agency Record 003754

2. Resolution Strategies

There are no informal resolution procedures to reverse a decision for premature dismissal. Questions concerning faculty appeal rights should be addressed to the Vice Chancellor for Academic Affairs.

3. Purpose and Jurisdiction of the Dismissal Appeal Procedure

The procedure is restricted to appeals based on the following grounds: (a) that the Executive Vice Chancellor had no reasonable basis in fact for selecting the appellant for dismissal, (b) that improper procedures were followed in dismissing the appellant, or (c) the selection of the appellant was based on age or on constitutionally impermissible reasons. Individuals who may use this procedure include all tenured faculty, probationary faculty whose dismissal will occur before the end of their term appointment, and faculty members released or relocated under financial exigency who claim that their reinstatement rights during Emergence from Financial Exigency have been infringed.

Regarding procedural issues related to dismissal, the appellant may use the following links to access information related to the following subjects.

    a. Scientific misconduct.
    b. Personal misconduct.
    c. Illegal Discrimination.
    d. Demonstrated, sustained failure to meet academic responsibilities.

4. Burden of Proof

The faculty member shall bear the burden of proof in appeals under this procedure.

5. Access to Information

The faculty member shall have access to all relevant information in the possession of the administration to aid in preparing his or her case in an appeal based on any of the three grounds.

6. Responsibility for Implementation

The Executive Vice Chancellor is responsible for ensuring that faculty are protected against arbitrary or capricious actions that result in dismissal or termination or suspension without pay and for providing an appropriate appeal mechanism.

A00305

**Agency Record 003755**

7. Timelines

The date upon which a written appeal from the appellant is received by the Office of the Executive Vice Chancellor shall be referred to as the case filing date. Time limits set forth in these procedures may be extended by the Executive Vice Chancellor, at his or her discretion, or upon written request to the Executive Vice Chancellor from the appellant. The Executive Vice Chancellor shall inform the parties when extensions of the time limits are made.

8. Filing

The appellant must file a written appeal with the Executive Vice Chancellor within 30 working days after being notified of their termination.

9. Appeal Procedure

The procedural steps are outlined in a flow chart at end of Section III, Part 6 [see also the Proposed Faculty Appeal and Grievance Committees Chart in Appendix C].

a) Details of Appeal Procedure

The appellant must file a written appeal with the Office of The Executive Vice Chancellor within 30 working days after receiving written notification of proposed dismissal or suspension without pay. The appeal must include the basis for the appeal [see Section III, Part 6 of this handbook] and provide information that supports that basis. For example, if an appeal is based on procedural violations, the appellant must explain what procedures were applied and why they were improper.

i. Upon receipt of the appeal, the Executive Vice Chancellor shall inform the Vice Chancellor for Academic Affairs that an appeal has been filed. The Vice Chancellor for Academic Affairs will establish in a timely manner an Ad Hoc Hearing Committee.

ii. The Ad Hoc Hearing Committee will afford the appellant a hearing within 30 working days of the filing date of the appeal [see Timelines above]. Testimony and other evidence shall be taken in accordance Guidelines for Ad Hoc Hearing Committee.

iii. After receiving testimony and other evidence, the Ad Hoc Hearing Committee shall make its determination as to the validity of the appellant's claims. The proceedings of the committee will be completed within 16 weeks from the date the Ad Hoc Appeals

A00306

**Agency Record 003756**

Committee was established. The committee shall then issue within two weeks from the date on which the hearing of evidence was completed a written opinion to the Vice Chancellor for Academic Affairs delineating its decision, the reasons therefore, and its recommendation for disposition. Copies shall be sent to the appellant and to the Executive Vice Chancellor.

iv. Within 14 working days from receipt of the Ad Hoc Hearing Committee's decision and recommendation, the Executive Vice Chancellor shall respond in writing to the recommendations of the committee documenting the reasons for agreeing or disagreeing. This response will be sent to the Vice Chancellor for Academic Affairs, the chairperson of the Ad Hoc Hearing Committee and the appellant. It is understood that the final administrative authority resides with the Executive Vice Chancellor, who is the appointed representative of the Board of Regents.

b) Records Management

The Executive Vice Chancellor shall maintain all records for appeals filed pursuant to these procedures, including the appeal, the response, investigative summaries, materials considered in the course of the investigation, the administrative response, and any documentation which confirms that administrative actions were taken. Records shall be retained in the Executive Vice Chancellor's Office or in archived files for at least five years.

c) Changes and Amendments to Policy and Procedures

Policy and/or procedural changes and amendments to this process shall be made jointly by the Faculty Assembly Steering Committee, the Vice Chancellor for Academic Affairs, and the Executive Vice Chancellor.

A00307

**Agency Record 003757**