DEF MSJ EX. 700

Klaassen Exhibit 56



# KANSAS BOARD OF REGENTS
# POLICY AND PROCEDURES MANUAL

(EFFECTIVE AS OF JULY 1995)

This Policy and Procedures Manual for the Kansas Board of Regents, in its present form, was formally adopted by the Board of Regents at its meeting in Topeka, Kansas, on Wednesday, June 28, 1995, to be effective as of July 1, 1995 (the prior major revision having been done on Friday, November 21, 1986, to be effective as of January 1, 1987). It is intended to be a helpful codification of certain actions and/or policies adopted by the Board of Regents with reference to operation of the Regents institutions.

**NOTE:** The policies and procedures codified herein are subject to change by formal action of the Board of Regents. Whenever there is a conflict between the provisions of this manual and the official minutes of the Board of Regents, the official minutes will control.

*Chapter II: Policies and Procedures*

## F. Faculty and Staff

1. ADMINISTRATIVE ORGANIZATION

    The Board must approve the organization of each institution. Major reorganization of an institution's administrative structure as well as the creation of academic divisions, departments, or colleges, must have the approval of the Board.

2. APPOINTMENTS

    a. Chief Executive Officer (4-15-10)

    (1) Subject to the policies, rules and regulations of the Board of Regents, the chief executive officer of each state university shall administer the affairs of the university. The Board of Regents will hold the chief executive officer responsible and accountable for all operations of the university and expects that each chief executive officer shall devote his or her undivided attention and energies to management of the university.

    (2) The chief executive officer serves at the pleasure of the Board. The selection of the chief executive officer of the state universities shall be made by the Board. The chief executive officer of each state university shall be required to live in the official residence if provided.

    (3) The Board shall determine and approve the compensation to be received from any source by each chief executive officer for duties and responsibilities performed as chief executive officer, or reasonably related thereto.

    (4) No chief executive officer shall accept an appointment to the Board of Directors of any corporation or organization, which pays for such services, without the advance approval of the Chair of the Board of Regents. The chief executive officer will provide such information about the appointment as requested by or on behalf of the Board.

    (5) No later than April 30 of each year, each chief executive officer shall submit a written report to the President and Chief Executive Officer of the Board providing information on all income received by the chief executive officer from any source other than the state university for the immediately preceding calendar year. Such report shall include date, location and description of services rendered and the amount of remuneration received. The report shall also include all funds provided by an affiliated corporation to the chief executive officer for use at his or her discretion. The report shall be maintained in the personnel file of the chief executive officer. (6-28-90)

    (6) The Board may pay the actual and necessary travel expenses for a candidate interviewing for the position of chief executive officer of a state university or President and Chief Executive Officer of the Board, as provided by K.S.A. 76-727(a). (K.S.A. 76-727)

    (7) The Board may agree to reimburse an applicant for the position of chief executive officer or President and Chief Executive Officer for all or part of the applicant's moving expenses from the applicant's out-of-state residence to the place of residence in Kansas, as provided by K.S.A. 76-727(b). (K.S.A. 76-727)

    b. Assessment of Chief Executive Officers

    (1) Each year the Board shall evaluate the performance of the chief executive officer of each Regents institution and the President and Chief Executive Officer of the Board. The evaluation is intended to assist the Board in fulfilling its responsibility for the well-being of each institution and the Board office by providing for a regular schedule of meetings between the chief executive officer and the Board for purposes of assessment; improving the depth of understanding of issues germane to the job performance of the chief executive officer; providing additional opportunities for the chief executive officer to express goals for the ensuing year, personal ideas and concerns; and improving management through improved assessment of the chief executive officer.

    (2) Assessment of the chief executive officers of the Regents institutions and the Board office will involve at least one meeting per year between an individual chief executive officer and the full Board. The assessment process is intended to: