DEF MSJ EX.
**754**

IN THE TWENTY-NINTH JUDICIAL DISTRICT COURT
WYANDOTTE COUNTY, KANSAS
CIVIL DEPARTMENT

| | |
|---|---|
| CURTIS KLAASSEN, Ph.D., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CV-603 |
| ) | |
| UNIVERSITY OF KANSAS, UNIVERSITY ) | |
| OF KANSAS SCHOOL OF MEDICINE, ) | |
| AND UNIVERSITY OF KANSAS ) | |
| MEDICAL CENTER, ) | |
| ) | |
| Defendants. ) | |

## DECLARATION OF MIKE KEEBLE

R. Michael Keeble, of lawful age, pursuant to 29 U.S.C. § 1746 and K.S.A. 53-601, declares as follows:

1. My name is R. Mike Keeble. I am Associate Vice Chancellor of Finance for the University of Kansas Medical Center.

2. I have reviewed the payroll records of Dr. Curt Klaassen for fiscal years 2012, 2013, and 2014. The University's fiscal year runs from July 1 until June 30.

3. From July 1, 2011 until July 20, 2013, Dr. Klaassen's annual salary was $293,646.

4. Dr. Klaassen's salary increased to $294,296 on July 21, 2013, and continued at that rate until the date of his termination on January 25, 2014.

5. Dr. Klaassen's salary was not reduced when he was placed on administrative leave or when the National Institute of Heath changed the Principal Investigator from Dr. Klaassen to other professors.

I declare under penalty of perjury that I have read the foregoing and it is true and correct to the best of my knowledge, information, and belief.

_R. Michael Keeble_     8/15/2016
R. Michael Keeble           Date

1