# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| CURTIS KLAASSEN, Ph.D., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 13-CV-2561-DDC/KGS |
| | ) |
| BARBARA ATKINSON, ET Al., | ) |
| | ) |
| Defendants. | ) |

**INDEX OF EXHIBITS TO
DEFENDANTS' CONSOLIDATED MEMORANDUM IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Respectfully submitted,

By: *Anthony F. Rupp*

ANTHONY F. RUPP, KS #11590
TARA S. EBERLINE, KS #22576
Foulston Siefkin LLP
32 Corporate Woods, Suite 600
Overland Park, KS 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com

ATTORNEYS FOR DEFENDANTS

INDEX OF EXHIBITS TO
DEFENDANTS' CONSOLIDATED MEMORANDUM IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT

*KLAASSEN v. BARBARA ATKINSON, ET AL.*
UNITED STATES DISTRICT COURT
Case No. 13CV2561

In order to maintain consistency and avoid confusion in the concurrent state and federal court lawsuits Dr. Klaassen filed, the University of Kansas is identifying all deposition and trial exhibits by their original deposition and trial exhibit numbers.
New exhibits begin with number 700.

| EXHIBIT NUMBER | DESCRIPTION |
|---|---|
| 7 | 2013-05-08 Letter placing Dr. Klaassen on Administrative Leave |
| 8 | 2013-03-07 Hopkins Email to Klaassen |
| 10 | Christina Hopkins Statement regarding May 7th Event |
| 11 | 2013-05-13 Apology Email regarding Meeting |
| 12 | 2010-10-01 PowerPoint |
| 13 | COBRE Grant |
| 14 | Training Grant |
| 16 | PI Changes Policy Statement |
| 17 | 2012-12-29 Email chain |
| 18 | 2012-05-31 First Ad Hoc Committee Conclusions |
| 20 | 2012-06-13 Klaassen Apology |
| 26 | 2011-04-30 Curtis Dolph Simons LJ World Article |
| 27 | 2011-04-28 Hyland LJ World Article |
| 28 | 2011-11-05 Simons Article |
| 33 | 2014-01-06 Letter from Girod regarding Term |
| 41 | 2015-10-20 Girod letter to Klaassen |
| 57 | 2011-04-01 Concern letter submitted by Brooks |
| 69 | 2007-05-15 Notice of Award of Grant |
| 70 | 2011-07-04 Notice of Award-Training Program Grant |
| 77 | 2011-10-14 Email chain Carlson to Terranova |
| 79 | 2011-10-20 Email chain Carlson Atkinson Terranova |
| 80 | 2011-10-28 Email chain Terranova |
| 84 | 2011-11-01 Admin Leave Letter |
| 86 | 2011-12-15 Return to Work Letter |
| 88 | 2011-11-21 Letter to NIH |
| 89 | 2011-12-15 Notice of Award revised grant |
| 94 | 2013-08-30 Email Chain regarding grant |
| 108 | 2011-04-12 Letter from Atkinson |
| 121 | 2012-01-09 New Chair Announcement |

| | |
|---|---|
| 124 | 2012-01-20 Letter to Plaintiff |
| 186 | 2011-04-07 Faculty Meeting |
| 187 | 2011-10-28 COBRA Meeting PowerPoint |
| 188 | 2011-04 Students for Democracy Emails regarding Press Report |
| 191 | 2012-01-09 Jaeschke Letter to Klaassen |
| 192 | 2012-01-11 Klaassen email to Jaeschke |
| 193 | Grant Overview |
| 196 | 2012-01-31 Inquiry Report |
| 203 | 2013-05-20 Email regarding Administrative Leave |
| 209 | KUMC Handbook |
| 230 | 2016-05-09 Gray-Little Review of Termination of Dr. Klaassen |
| 232 | 2016-04-22 Gray-Little Review Extension |
| 237 | 2014-12-23 Dr. Girod's Review of Dismissal |
| 302 | Klaassen CV |
| 332 | 2011-11-01 Klaassen email regarding expenditures |
| 342 | 2012-02-21 Email regarding money in NIH |
| 346 | 2012-03-29 KU letter to Klaassen |
| 351 | 2012-08-01 Stites email regarding request |
| 353 | 2012-09-23 Funds Available |
| 357 | 2012-12-20 Klaassen email regarding yesterday's meeting |
| 360 | White Board Picture |
| 361 | 2013-05-07 Photo of Drawing from Meeting with Hopkins |
| 367 | 2013-11-12 Hearing Transcript |
| 371 | 2013-05-01 Audio Recording of Budget Meeting |
| 402 | Expert Disclosure |
| 412 | 2011-05-20 Email |
| 418 | 2012-01-12 Email |
| 602 | 2013-06-10 Inquiry Report |
| 609 | 2014-12-05 3rd Ad Hoc Faculty Committee Hearing Decision |
| 610 | 2016-04-08 4th Ad Hoc Committee's Letter of Findings |
| 627 | Developmental Drug Processing Gene Notice of Award |
| 638 | 2013-12-09 2nd Ad Hoc Hearing Decision |
| 647 | 2015-11-30 Schrag Email Regarding Expert Disclosure |
| 653 | 2013-08-14 Klaassen Email to Students |
| 657 | 2013-11-01 Klaassen Email Talk With Media |
| 666 | 2013-12-12 Email regarding "Have Not Communicated" |
| 700 | Kansas Board of Regents Manual |
| 701 | August 2, 2011 Atkinson Letter |
| 702 | Atkinson Deposition |
| 703 | April 9, 2012 University Broadcast regarding Dr. Atkinson Retirement |
| 704 | Carlson Deposition |
| 705 | 2012-12-26 University Broadcast - Girod EVC |
| 706 | Hepatic Uptake Notice of Award |
| 707 | Terranova Deposition |
| 708 | 2016-11-29 Jury Trial, Volume I |

| | |
|---|---|
| 709 | Klaassen Deposition |
| 710 | 2016-12-05 Jury Trial, Volume V |
| 711 | 2013-05-08 Statement of Stites regarding May 1, 2013 Meeting |
| 712 | Jaeschke Deposition |
| 713 | 2016-11-30 Jury Trial, Volume II |
| 714 | 2012-05-29 Hearing Transcript |
| 715 | Notice of Award, 12-16-2011 |
| 716 | 2012-01-04 Office Move Letter |
| 717 | 2012-01-10 Letter |
| 718 | 2012-01-20 Letter from Dr. Klaassen |
| 719 | 2012-01-23 Move Update Email |
| 720 | 2016-12-02 Jury Trial Transcript, Volume IV |
| 721 | 2012-06-13 Censure Letter |
| 722 | 2012-08-01 Email |
| 723 | Nrf2 Notice of Award |
| 724 | 2012-05-26 Dawn Email |
| 725 | Scheduled Meetings |
| 726 | Monthly Financial Reports |
| 727 | 2013-04-12 Correspondence regarding Grant Questions |
| 728 | 2012-05-23 Deposition Transcript - Beth Levant |
| 729 | Witness Statement of Events |
| 730 | Picture of Work Space |
| 731 | 2017-05-07 Daugherty Statement |
| 732 | Board of Regents Policy |
| 733 | Workplace-Violence Policy |
| 734 | 2014-01-24 Girod's Letter regarding Effective Date of Termination |
| 735 | 2014-09-18 Email |
| 736 | 2014-11-19 Appeal Hearing Transcript |
| 737 | 2015-01-23 Petition for Judicial Review |
| 738 | 2015-06-19 Petitioner's Brief in Support for Judicial Review |
| 739 | 2015-09-21 Order |
| 740 | 2016-03-29 4th Ad Hoc Hearing Transcript |
| 741 | 2016-04-11 Girod Letter to Gray-Little regarding Appeal |
| 742 | 2016-06-10 Petition for Judicial Review on Remand |
| 743 | 2016-09-06 First Amended Petition |
| 744 | 2016-11-07 KJRA Brief on Remand |
| 745 | 2016-11-28 Response in Opposition To Petitioner's Brief in Support Of Judicial Remand |
| 746 | 2016-11-28 Transcript of Judicial Review Hearing |
| 747 | 2011-10-29 LWJ Article |
| 748 | 2016-04-08 Letter of Findings |
| 749 | 2014-02-05 Notice of Award for Drug Processing Gene Grant |
| 750 | 2014-04-24 Notice of Award for Hepatic Uptake Grant |
| 752 | NIH Grants Policy Statement |
| 753 | Girod Deposition |

| | |
|---|---|
| 754 | Keeble Affidavit |
| 755 | 2014-06-13 Petition |
| 756 | 2016-10-16 Judge's Notes on MSJ Hearing |
| 757 | 2016-12-15 Hearing Result for Jury Trial |
| 758 | 2017-01-09 Notice of Appeal |
| 760 | 2017-02-09 Transcript of Judicial Review Hearing |
| 761 | 2016-11-29 KJRA Order |
| 762 | 2016-12-23 Notice of Appeal |
| 764 | 12-01-2016 Jury Trial, Volume III |
| 765 | 2006-02-10 PowerPoint Presentation |
| 766 | 2011-04-07 PowerPoint Presentation |
| 767 | 2016-12-12 Jury Trial Volume X |
| 768 | 2016-12-06 Jury Trial Volume XI |
| 769 | 2016-12-07 Jury Trial Volume XII |
| 770 | 2016-12-08 Jury Trial Volume XIII |
| 771 | 2016-12-09 Jury Trial Volume IX |
| 772 | State Case Pre-Trial Order |
| 773 | Klaassen Letter to Jaeschke |
| 774 | 2012-04-09 University Broadcast – Girod Chancellor |
| 775 | 2014-03-07 Letter to Girod |
| 776 | 2015-09-15 Petition for Judicial Review Transcript |
| 777 | 2016-03-29 Klaassen Administration Appeal PowerPoint |
| 778 | 2016-06-26 Response to 2013 Inquiry Report |
| 779 | AAUP Guidelines |