IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **CURTIS KLAASSEN, Ph.D.,**<br><br>   Plaintiff<br><br>v.<br><br>**BARBARA ATKINSON, et. al.,**<br><br>   Defendants. | Case No.: 2:13-CV-2561-DDC |

**UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Dr. Curtis Klaassen moves this Court for an order granting Plaintiff a two-week extension until March 29, 2018 to file his response to Defendants' Motion for Summary Judgment [ECF 325] and the Consolidated Memorandum in Support [ECF 326] as well as the individual memoranda filed by the individual defendants [ECF 327, 328, 329, 330, 331, 332, and 333]. In support of this Motion, Plaintiff states as follows:

1. Plaintiff's current deadline of March 15, 2018, has not passed.

2. Plaintiff sought and received one extension of time to prepare response memorandums.

3. Plaintiff is diligently working to prepare a response to the eight memorandums filed in support of summary judgment by Defendants. To that end, Plaintiff has put together a team of attorneys to assist with responding to the various memoranda, and they are in the process of preparing the responses.

4. Also, the undersigned exercised due diligence to meet the existing deadline but has a substantial need for the requested extension due to pressing familial concerns outside the control of counsel.

5. The undersigned's mother was diagnosed with breast cancer and is undergoing chemotherapy. The undersigned's familial responsibilities reduced the number of hours he had available to prepare (and coordinate the preparation of) Plaintiff's response memorandums.

6. On Wednesday February 28, 2018, the undersigned was advised that his mother's prognosis unexpectedly changed and would need to begin daily radiation treatments, which impacts the undersigned's ability to complete the briefs by March 15, 2018.

7. On Friday March 2, 2018, counsel for the defendants and the undersigned conferred regarding the situation. Counsel for defendants has no objection to the requested extension.

8. Plaintiff's counsel is mindful of the amount of briefing in this case and the Court's jury trial date and seeks this extension of time in good faith and not to further delay this matter.

WHEREFORE, Plaintiff respectfully requests a two-week extension of time, up to and including March 29, 2018, to file his responses to Defendants' Motion for Summary Judgment and memorandums in support.

    **s/ Jeremy K. Schrag**
Alan L. Rupe #08914
Jeremy K. Schrag #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
jeremy.schrag@lewisbrisbois.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2018, I electronically filed the foregoing **Motion** using the CM/ECF system, which will send electronic notices to the following counsel of record:

Anthony F. Rupp, KS #11590
Tara S. Eberline, KS #22576
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
Overland Park, KS 66210
(913) 498-2100
(913) 498-2101 (fax)
trupp@foulston.com
teberline@foulston.com

*Attorneys for Defendants*

                                                **s/ Jeremy K. Schrag**
                                                Jeremy K. Schrag