**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

**CURTIS KLAASSEN, Ph.D.,**

　　　　　　　　Plaintiff

v.　　　　　　　　　　　　　　　　　　　Case No.: 2:13-CV-2561-DDC

**BARBARA ATKINSON, et. al.,**

　　　　　　　　Defendants.

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Dr. Curtis Klaassen moves this Court for an order granting Plaintiff a two-business day extension until April 2, 2018 to file his response to Defendants' Motion for Summary Judgment [ECF 325] and the Consolidated Memorandum in Support [ECF 326] as well as the individual memoranda filed by the individual defendants [ECF 327, 328, 329, 330, 331, 332, and 333].  In support of this Motion, Plaintiff states as follows:

1.　　　　Plaintiff's current deadline of March 29, 2018, has not passed.

2.　　　　Plaintiff sought and received two extensions of time to prepare response memorandums.

3.　　　　Plaintiff is diligently working to prepare a response to the eight memorandums filed in support of summary judgment by Defendants.  To that end, Plaintiff put together a team of attorneys to assist with responding to the various memoranda, and they are in the process of completing the response memorandums.

4.　　　　One of the associates that has worked on this lawsuit since 2016 resigned last Friday to accept other employment.  In addition to losing an attorney who was actively working

on the response memorandums, the undersigned has been required to assume the defense of several of the other matters that the resigning attorney was previously handling.

5.       In addition, Plaintiff's counsel experienced an unexpected technological issue with the Consolidated Response Memorandum.      Plaintiff's Consolidated Response Memorandum contains a section titled Additional Statements of Material Fact.  Those additional statements of fact are cited throughout Plaintiff's consolidated response brief and in each of the individual response memorandums.   The additional statements of fact cited throughout the consolidated memorandum were created via an automatically updating hyperlink.  For example, the citation [SOAF 36] was a hyperlink that would link the reader back to Plaintiff's Statement of Additional Fact 36 if the reader clicked on the link.

6.       Plaintiff's counsel's firm has various Microsoft Word "add ins" to assist with completion of legal briefs and memorandum.  One of the "add ins" automatically generates a table of contents. Plaintiff's counsel has successfully used this "add in" for years.  Yesterday, while finalizing Plaintiff's Response to Defendants' Consolidated Memorandum, Plaintiff's counsel ran the table of contents "add in."  The table of contents "add in" unexpectedly deleted the hyperlink to every statement of additional fact citation.  Instead of linking back to a statement of additional fact, Plaintiff's citations contained a "Bookmark Not Defined" error message.

7.       After consulting with plaintiff's counsels' IT department, Plaintiff counsel was able to restore the document and eliminate most of the "Bookmark Not Defined" error messages.  However, Plaintiff's counsel is concerned that the citations to statements of additional fact are inaccurate in sections and is going through the tedious process of double checking the citations to ensure a clean summary judgment record.

8.    Plaintiff's counsel is mindful of the amount of briefing in this case and the Court's jury trial date and seeks this extension of time in good faith and not to further delay this matter.

WHEREFORE, Plaintiff respectfully requests a two-business day extension of time, up to and including April 2, 2018, to file his responses to Defendants' Motion for Summary Judgment and memorandums in support.

**s/ Jeremy K. Schrag**
Alan L. Rupe #08914
Jeremy K. Schrag #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: (316) 609-7900
Facsimile:  (316) 462-5746
alan.rupe@lewisbrisbois.com
jeremy.schrag@lewisbrisbois.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I electronically filed the foregoing **Motion** using the CM/ECF system, which will send electronic notices to the following counsel of record:

Anthony F. Rupp, KS #11590
Tara S. Eberline, KS #22576
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
Overland Park, KS 66210
trupp@foulston.com
teberline@foulston.com

*Attorneys for Defendants*

**s/ Jeremy K. Schrag**
Jeremy K. Schrag