IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**CURTIS KLAASSEN, Ph.D.,**

    Plaintiff

v.                                                                                 Case No.: 2:13-CV-2561-DDC

**BARBARA ATKINSON, et. al.,**

    Defendants.

**PLAINTIFF'S UNOPPOSED MOTION
FOR LEAVE TO EXCEED PAGE LIMITATIONS**

Plaintiff, by and through its counsel of record, respectfully requests leave to electronically file his Response Memorandums to Defendants' Motion for Summary Judgment ("Response") following the same page limitations afforded to Defendants established in the Court's pretrial order. In support, Plaintiff states as follows:

1. The Amended Pretrial Order states:

> The Court has granted Defendants' motion to exceed the page limits on their joint motion for summary judgment, granting Defendants permission to file an arguments and authorities section of up to 40 pages. The argument and authorities section of each of the separate individual motions may not exceed 15 pages, absent further order of the Court.

[ECF 298, p. 32.]

2. Plaintiff's Response is nearing completion. To ensure a clean summary judgment record, Plaintiff intents to follow the same format as defense counsel and file a Consolidated Memorandum in response to Defendants' Consolidated Memorandum and individual response memorandums to the individual defendants' individual motions.

3. Plaintiff requests leave to file a 40-page argument and authority section in his Consolidated Memorandum. Plaintiff also requests leave to file individual response memorandums with argument and authority sections not to exceed 15 pages.

4. Defendants have no objection to the relief requested by this motion.

WHEREFORE, Plaintiff, respectfully requests to electronically file his response memorandums to Defendants' Motion for Summary Judgment ("Response") following the same page limitations afforded to Defendants as stated in this Court's pretrial order.

s/ Jeremy K. Schrag
Alan L. Rupe #08914
Jeremy K. Schrag #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
jeremy.schrag@lewisbrisbois.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I electronically filed the foregoing **Motion** using the CM/ECF system, which will send electronic notices to the following counsel of record:

Anthony F. Rupp, KS #11590
Tara S. Eberline, KS #22576
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
Overland Park, KS 66210
trupp@foulston.com
teberline@foulston.com

*Attorneys for Defendants*

        **s/ Jeremy K. Schrag**
        Jeremy K. Schrag