IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

CURTIS KLAASSEN, Ph.D.,

    Plaintiff

v.

BARBARA ATKINSON, et. al.,

    Defendants.

Case No.: 2:13-CV-2561-DDC

**UNOPPOSED FOURTH MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff Dr. Curtis Klaassen moves this Court for an order granting Plaintiff a four-business day extension until April 6, 2018 to file his response to Defendants' Motion for Summary Judgment [ECF 325] and the Consolidated Memorandum in Support [ECF 326] as well as the individual memoranda filed by the individual defendants [ECF 327, 328, 329, 330, 331, 332, and 333].  In support of this Motion, Plaintiff states as follows:

1.    Plaintiff's current deadline of April 2, 2018, has not passed.

2.    Plaintiff sought and received three extensions of time to prepare response memorandums.

3.    Plaintiff is diligently working to prepare a response to the eight memorandums filed in support of summary judgment by Defendants.  To that end, Plaintiff put together a team of attorneys to assist with responding to the various memoranda, and they are in the process of completing the response memorandums.  Due to the extensive nature of the briefing and the holiday weekend, Plaintiff needs additional time to finalize the responses.

4.      Plaintiff's counsel is mindful of the amount of briefing in this case and the Court's jury trial date and seeks this extension of time in good faith and not to further delay this matter.

5.      Plaintiff does not anticipate seeking any further extension of time.

WHEREFORE, Plaintiff respectfully requests a four-business day extension, up to and including April 6, 2018, to file his responses to Defendants' Motion for Summary Judgment and memorandums in support.

                    **s/ Alan L. Rupe**
Alan L. Rupe #08914
Jeremy K. Schrag #24164
LEWIS BRISBOIS BISGAARD & SMITH LLP
1605 N. Waterfront Parkway, Suite 150
Wichita, Kansas 67206
Telephone: (316) 609-7900
Facsimile: (316) 462-5746
alan.rupe@lewisbrisbois.com
jeremy.schrag@lewisbrisbois.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2018, I electronically filed the foregoing **Motion** using the CM/ECF system, which will send electronic notices to the following counsel of record:

Anthony F. Rupp, KS #11590
Tara S. Eberline, KS #22576
FOULSTON SIEFKIN LLP
32 Corporate Woods, Suite 600
Overland Park, KS 66210
trupp@foulston.com
teberline@foulston.com

*Attorneys for Defendants*

             **s/ Alan L. Rupe**
             Alan L. Rupe