UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**CURTIS KLAASSEN, Ph.D.,**

      Plaintiff,

**BARBARA ATKINSON,** *et. al.***,**

      Defendants.

CASE NO. 13-CV-2561-DDC

INDEX OF EXHIBITS TO
PLAINTIFF'S CONSOLIDATED RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

    In order to maintain consistency and avoid confusion in the concurrent state and federal court lawsuits filed by Dr. Klaassen, plaintiff is identifying all deposition and trial exhibits by their original deposition and trial exhibit numbers. New exhibits begin with number 1001.

| 12 | Klaassen PowerPoints |
|---|---|
| 18 | Letter from Ad Hoc Hearing Committee to Rawitch |
| 19 | Stites Adopted Findings May 2012 |
| 26 | Lawrence Journal World Editorial |
| 27 | Checking In E-mail Correspondence |
| 28 | 11-5-11 Lawrence Journal World Editorial |
| 30 | 6-9-12 Lawrence Journal World Editorial |
| 31 | 6-19-12 Lawrence Journal World Editorial |
| 32 | Ad Hoc Hearing Committee Report |
| 37 | Defendant's Privilege Log |
| 42 | 4-11-11 Email Girod to Gebar, Atkinson, and Terranova |
| 49 | 4-9-11 Email Terranova to Gebar and Atkinson |
| 54 | 6-30-13 Email Stites to Girod |
| 58 | 4-9-11 Kauffman Foundation E-mail Correspondence from Mitchell to Weir |
| 59 | 4-10-11 Kauffman Foundation Email Correspondence from Grinage to Debra, Atkinson and Terranova |
| 60 | 4-9-11 Kauffman Foundation E-mail Correspondence from Weir to Terranova |
| 61 | 4-12-11 Atksinon Terminate Klaassen Chair |
| 62 | 4-9-11 Email Correspondence Atkinson to Audus |

| | |
|---|---|
| 71 | COBRE 3-18-08 Notice of Award |
| 72 | COBRE 09-01-11 Notice of Award |
| 73 | COBRE 09-02-11 Notice of Award |
| 73A | 8-8-11 Email Atkinson to Carlson |
| 74 | 9-1-11 E-mail Terranova to Atkinson |
| 75 | 9-15-11 E-mail Carlson to Atkinson |
| 76 | 10-6-11 E-mail Carlson to Terranova |
| 78 | 10-20-11 E-mail Carlson to Atkinson and Terranova |
| 81 | Lawrence Journal World Editorial 10-29-11 |
| 82 | 10-29-11 E-mail Correspondence Atkinson to Terranova |
| 83 | 10-31-11 E-mail Correspondence Terranova to Klaassen |
| 85 | 11-23-11 Correspondence Terranova to Klaassen |
| 87 | 12-16-11 Email Terranova to Klaassen |
| 90 | 4-20-12 Notice of Award |
| 93 | 8-26-13 Email Terranova to Tyson |
| 95 | 9-7-13 Email Dawn to Weinman, Kopf and Terranova |
| 99 | 5-4-11 Email Carlson to Atkinson |
| 101 | 5-11-11 E-mail Carlson to Atkinson Re: LJW Articles |
| 102 | E-mail Regarding Governor Letters |
| 104 | 11-7-11 E-mail Atkinson to Carlson Re LJW Articles |
| 107 | Defendant's Responses to Request for Production |
| 109 | 4-8-11 E-mail Klaassen to Carlson |
| 110 | NIH Profile |
| 115 | 1-19-12 Email Carlson to Jaeschke |
| 116 | 1-23-12 Dirty Curty E-mail |
| 118 | 1-17-12 Email Jaeschke to Carlson |
| 119 | 1-8-12 Email Carlson to Jaeschke re Chair Letter |
| 120 | 4-24-11 Jaeschke Email |
| 125 | 1-25-12 Meeting of Administration and Members of Klaassen Lab |
| 127 | Letter to Stites, Terranova, Rawitch, Dawn and Olyaee |
| 128 | 9-28-12 Email Stites to Klaassen |
| 129 | 3-21-12 Email Klaassen to Jaeschke |
| 130 | 2-7-12 Email Klaassen to Cui and Jaeschke |
| 131 | 4-2-12 Email Klaassen to Faculty re Checking In |
| 135 | 1-26-13 Email Weinman to Jaeschke |
| 136 | 4-24-12 Email Tully to Jaeschke |
| 137 | 11-18-12 Email Jaeschke to Tully |
| 138 | 8-20-13 Email Weinman to Jaeschke |
| 139 | 2-17-14 Email Jaeschke to Robertson |

| 140 | 9-7-13 Email Jaeschke to Weinman |
|---|---|
| 141 | 4-13-12 Email Weinman to Jaeschke |
| 142 | 9-9-13 Email Weinman to Jaeschke |
| 144 | 2-29-12 Email Tully from Klaassen |
| 145 | 2-29-12 Email Tully from Klaassen |
| 146 | 2-9-22 Email Klaassen to Jaeschke |
| 149 | 2-26-12 Email Cui to Klaassen |
| 154 | Atkinson Chair Appointment Letter |
| 156 | 4-6-11 Email Atkinson to Carlson |
| 159 | 4-10-11 E-mail Weinman to Atkinson |
| 161 | 4-30-11 E-mail Atkinson to Doolittle, Arnold, Pingleton and Sweet Re: LJW Articles |
| 162 | 4-30-11 E-mail Klein to Atkinson Re: LJW Articles |
| 163 | 1-1-11 E-mail Janovy to Nielsen and Atkinson Re: LJW Articles |
| 164 | 1-1-11 E-mail Nielsen to Janovy, Debar, Atkinson Re: LJW Articles |
| 165 | 5-1-11 E-mail Atkinson to Janovy Re: LJW Articles |
| 169 | 9-19-11 Email Stites to Atkinson re LJWorld Editorial |
| 171 | 10-29-11 E-mail Atkinson to Gebar |
| 172 | 10-29-11 Email Janovy to Atkinson |
| 175 | 11-4-11 Email Atkinson to Caboni Re: LJW Articles |
| 182A | 1-20-12 Email Klaassen to Atkinson |
| 182B | 4-1-12 Email Stites to Klein |
| 183 | University of Kansas Medical Center HRIS Form |
| 184 | 4-9-12 Email Weinman to Jaeschke |
| 186 | 4-7-11 Faculty Meeting |
| 198 | Letter to Stites, Dawn and Rawitch from Members of Klaassen lab |
| 209 | Faculty Handbook |
| 210 | 10-18-10 Klaassen Evaluation |
| 211 | Defendant's Supplemental Privilege Log |
| 258 | 8-19-03 KUMC Letter to Dr. T. (UNDER SEAL) |
| 261 | 6-29-13 KUMC Letter to Dr. T. (UNDER SEAL) |
| 269 | 2-2-12 KUMC Letter to Dr. S. (UNDER SEAL) |
| 270 | 5-16-14 KUMC Research Misconduct Report Dr. S. (UNDER SEAL) |
| 271 | 6-26-14 Letter from KUMC to Dr. S. (UNDER SEAL) |
| 272 | 6-26-14 Letter from KUMC to Dr. S. (UNDER SEAL) |
| 275 | 2-26-16 Dr. K. Letter of Resignation (UNDER SEAL) |
| 277 | KUMC KRIS Form Dr. K. (UNDER SEAL) |
| 278 | 10-2-09 KUMC Letter to Dr. K. (UNDER SEAL) |
| 282 | 10-2-09 Settlement Dr. K. (UNDER SEAL) |
| 302 | AR 003357-3348 Klaassen CV |

| | |
|---|---|
| 305 | AR 3449-3450 Klaassen Grant Chart |
| 306 | KU085873-74 E-mail Correspondence |
| 307 | KU085866-67 Klaassen Not Titular |
| 308 | KU085999 Carlson Says Stall |
| 309 | KU086021 CDK Leaving For Brazil |
| 310 | KU086022 Rosa Ignore Saturday Escapades |
| 311 | KU086025 Tully Response |
| 312 | KU086030 Carlson Said Ignored |
| 313 | KU086040-41 Klaassen Not Titular |
| 314 | KU086772 Rekey Offices |
| 317 | AR001514 Curt asks Carlson for help |
| 318 | KU086096 Curt Not Titular |
| 319 | KU086112 Carlson Provoke Confrontation |
| 320 | KU086113 Carlson Provoke Again to Rosa |
| 321 | KU087102 Rosa Dictator |
| 322 | KU086143 Klaassen Not Titular |
| 323 | KU086144 Klaassen Not Titular |
| 326 | KU011283 Carlson Punt Collegiality |
| 327 | KU086234 Faculty Leaving Pharm Tox |
| 328 | KU087233 Meagher What An ... |
| 333 | KU087354 Jaeschke Legal Send Off |
| 335 | KU087361 Jaeschke Says Ignore |
| 337 | KU087429 Julia Key Boo Hoo |
| 338 | KU087436 Not sending CDK requested info |
| 339 | KU087437 Tully and Meagher Don't Feel Bad |
| 344 | KU087631 Tully deleting his e-mails |
| 351 | AR 2247-2255 E-mail to Stites and Look Forward Response |
| 352 | KU085195 Transferring Money From Curt |
| 353 | AR002569-2570 Curt Sept. E-mail for Help |
| 357 | AR002531-2532 Klaassen December E-mail |
| 388 | KU 017547 Laptops in Jaeschke Name |
| 389 | KU086661 Told Curt Hit Pound Key Twice |
| 390 | KU087353 Tully Won't Give Info |
| 395 | AR001851 Core Fees Coming |
| 413 | Klaassen to Girod May 20, 2013 |
| 419 | Klaassen Removal As Chair |
| 1001 | November 13, 2013 Ad Hoc Hearing Transcript Excerpts |
| 1002 | Case No. 14-CV-603 Jury Trial Trans. Vol. 8 Excerpts |
| 1003 | Case No. 14-CV-603 Jury Trial Trans. Vol. 6 Excerpts |

| | |
|---|---|
| 1004 | Case No. 14-CV-603 Jury Trial Trans. Vol. 3 Excerpts |
| 1005 | KUMC Distinguished Professors |
| 1006 | Atkinson Deposition Transcript Excerpts |
| 1007 | May 29, 2012 Ad Hoc Hearing Transcript |
| 1008 | Case No. 14-CV-603 Jury Trial Trans. Vol. 7 |
| 1009 | Meagher Deposition Transcript Excerpts |
| 1010 | Klaassen Deposition Transcript Excerpts |
| 1011 | Levant Deposition Transcript Excerpts |
| 1012 | Terranova Deposition Transcript Excerpts |
| 1013 | Case No. 14-CV-603 Jury Trial Trans. Vol. 1 Excerpts |
| 1014 | Declaration of Klaassen |
| 1015 | Rawitch Deposition Transcript Excerpts |
| 1016 | Rule 30/b) Deposition Notice |
| 1017 | Snakenburg Deposition Transcript Excerpts |
| 1018 | Jaeschke Deposition Transcript Excerpts |
| 1019 | Gray-Little Deposition Transcript Excerpts |
| 1020 | Case No. 14-CV-603 Jury Trial Trans. Vol. 2 Excerpts |
| 1021 | Girod Deposition Transcript Excerpts |
| 1022 | Carlson Deposition Transcript Excerpts |
| 1023 | Correspondence from Gray-Little to Atkinson |
| 1024 | Lawrence Journal World Editorial July 2011 |
| 1025 | Barbara Atkinson Bio |
| 1026 | E-mail Correspondence re July 2011 LJW Article |
| 1027 | E-mail Correspondence Klaassen to Jaeschke |
| 1028 | Audio Recording Transcripts |
| 1029 | Correspondence Klaassen to Terranova |
| 1030 | Klaassen Adjunct Appointment |
| 1031 | Bates No. A00500 |
| 1032 | Klaassen Lab Declarations |
| 1033 | Bates Nos. A00513 |
| 1034 | Salary Information (UNDER SEAL) |
| 1035 | Tully Deposition Transcript |
| 1036 | Trial Ex. 375 (Weinman E-mail) |
| 1037 | June 10, 2013 Leave Letter |
| 1038 | Nov. 2014 Appeal Transcript |
| 1039 | Correspondence Regarding 2014 Appeal |
| 1040 | September 21, 2015, Petition for Judicial Review Court Transcript |
| 1041 | Klein Correspondence |
| 1042 | Rupe to Klein Correspondence |

| 1043 | Klein to Rupe Correspondence |
|------|------------------------------|
| 1044 | Rupp Witness Objections |
| 1045 | Gray-Litte to Klein |
| 1046 | Gray-Litte Final Agency Action |
| 1047 | Girod Deposition Transcript Excerpts (UNDER SEAL) |
| 1048 | Case No. 14-CV-603 Jury Trial Vol. 3 Excerpts [SOAF 395.] (UNDER SEAL) |
| 1049 | Jury Trial Vol. 1 Excerpts [SOAF 396-97.] (UNDER SEAL) |
| 1050 | Terranova Deposition [SOAF 399] (UNDER SEAL) |
| 1051 | Case No. 14-CV-603 Jury Trial Vol. 9 Excerpts |
| 1052 | Supplemental Disclosures of Defendants [SOF Response 189] |
| 1053 | Case No. 14-CV-603 Jury Trial Trans. Vol. 10 Excerpts |
| 1054 | Letter Klaassen Students to Stites |
| 1055 | KUMC Motion for Summary Judgment |
| 1056 | Answer to Petition March 2015 |
| 1057 | Defendant's Motion for Directed Verdict |
| 1058 | Complaints regarding Klaassen |
| 1059 | Schrag Declaration re Transcript of Rawitch Interview |
| 1060 | 11-29-11 Email Klaassen to Terranova |
| 1061 | Declaration of Jeremy Schrag |
| 1062 | Dr. K. Joins UNLV (UNDER SEAL) |
| 1063 | Case No. 14-CV-603 Jury Trial Trans. Vol. 4 Excerpts |