# The University of Kansas Medical Center

School of Medicine
Office of the Executive Dean

Δ π EXHIBIT 154
Deponent Atkinson
Date 2/19 Rptr JQ
WWW.DEPOBOOK.COM

November 26, 2002

Curtis D. Klaassen, Ph.D.
University Distinguished Professor of
Pharmacology, Toxicology and Therapeutics
University of Kansas School of Medicine

Dear Curt:

It is my great pleasure to formally offer you the position of Chair of the Department of Pharmacology, Toxicology and Therapeutics at the University of Kansas School of Medicine. This letter will form the basis for outlining the resources necessary for you to assume the chairmanship of the department and move the department forward to accomplish your vision. As you have noted with the continuing departure of your faculty, and the age of the existing faculty, the department is in critical need of rebuilding. I believe you are the right person to revitalize the department and move it to the next level. This would include an improved commitment to the educational programs and an expansion of the research programs by making targeted investment that will contribute positively to both the department and the various related programs and centers.

**Educational Programs.** The Pharmacology course taught by your faculty remains a critical building block to a successful medical student. I would expect the department to continue to improve the content, manner and learning environment in which that information is engaging our medical students. Our expectation is to improve how well our students perform on the USMLE Step I exams and to be part of any new educational initiatives that might be undertaken. It is also essential that the department rebuild its research programs so we can provide the necessary educational and mentoring environment needed for our graduate students.

**Research Programs and New Faculty Recruitments.** The research programs within the department should emphasize collaborations first with our own Departments and Centers, but also with the Stowers Research Institute, Children's Mercy, the Lawrence Campus and the University of Missouri – Kansas City as part of the Life Sciences Initiative in Kansas City. You have outlined seven new faculty and three replacement tenure/tenure track faculty recruitments (two per year) starting with recruiting in FY2003-2004 and running until FY2007-2008. These recruitments should address the following areas of education and research: pharmacology education and research, toxicology, cancer biology and cancer experimental therapeutics, neuroscience, reproduction and developmental biology, and kidney. Most of the new and replacement faculty will involve collaboration and joint recruitment with existing centers and programs at the Medical Center. A minimum of two of these ten recruitments need to be done jointly with the Cancer Center in the area of experimental therapeutics. These recruitments may be spread over a longer period of time if quality candidates are not available.

CONFIDENTIAL   Mail-Stop 1049, 3901 Rainbow Blvd., Kansas City, Kansas 66160 • (913) 588-5200 • Fax (913) 588-5259   KU 078088

1 of 3

**Faculty and Departmental Resources.** I am pleased to make available to the department over $5.6 million in the next five to six years for the recruitment of outstanding junior and senior faculty. The seven new faculty positions will be available two each year in FY2003-2004 and FY2004-2005, and one each year for three years starting in FY2004-2005. I will commit to $60,000/$75,000 in core continuing state/endowment salary funding for each three new assistant professors/four new associate or full professors. I would anticipate that the state /endowment salary support for each position will decrease over three to five years as grant funding replaces state support. This will free up state dollars that can be retained in the department for additional recruitment efforts. I will also commit $300,000 in one-time research start-up for each new and replacement faculty for a total of 10 start-ups (or $3,000,000). The current State salary allocated to existing faculty lines in the department should be more than sufficient for the recruitment of their replacements. I assume the overhead allocated to the department now and in the future will be used for operating needs and renovations of existing labs.

I will make available $20,000 in continuing state operating resources starting in FY2004 for a departmental seminar program to improve the educational and research environment in the department. I will also commit $230,000 in one-time resources over a two-year period starting in FY2004 towards replacement of outdated equipment, conference tables and office furniture in the department.

The attached document outlines by year the proposed investment in rebuilding the department of Pharmacology. The revenue sources may vary depending on external factors in effect in the later years' of the commitment.

**Chair Resources.** I will recommend you for an appointment as Chair and University Distinguished Professor for the Department on or around January 1, 2003. I will propose a starting salary of $275,000 (which includes an administrative supplement $40,000) and appropriate fringe benefits through a combination of state resources, grants, and other departmental resources. I will review your salary as well as the status of the department annually so that we can monitor progress and make salary adjustments in a timely fashion as the financial condition of the school improves and as the department achieves our mutually agreed upon goals. One of the goals early in my tenure will be to reexamine both our basic science and clinical faculty incentive compensation plans. I will be looking for your and all the chairs leadership in this important endeavor. This can be a valuable asset for faculty recruitment and retention as the department proceeds toward its goals.

**Center Space.** As you know and can appreciate, the absolute control and authority over space at the medical center rests with a combination of EVC, School and Department/Center input. I fully plan to work with you and other department chairs in accommodating the needs of Pharmacology as we occupy the new research building. I will also work with you to more effectively utilize both space and heating and cooling in Breidenthal. I am willing to explore on-campus interim research space totaling approximately 2,500 square feet in either the third floor of Lied or the Grantham/Stechschulte space in Wahl Hall East to meet the critical needs in your department at the Medical Center until the new research building is available. It is anticipated that at least 13,000 square feet of research space and 3,500 square feet of office space will be assigned to your faculty members to conduct their research in the new building. This review would include but is not limited to addressing the quantity, type and location (i.e. contiguous) of your space needs.

CONFIDENTIAL

KU 078089

By granting these resources to the department, we will expect you, as chair, to move the research and educational programs to accomplish the goal of moving the Department of Pharmacology, Toxicology and Therapeutics into the top half of the programs in the country. I believe that goal is achievable and under your leadership and I am convinced you and the department will be successful.

I am delighted you are considering the position of Professor and Chair of the Department. You have been at Kansas for most of your professional career and have shown yourself to be in an elite group of our most productive researchers and educators. Your leadership and understanding of departmental needs will be invaluable in restoring the department to national prominence. I do not believe that we could find a better individual at this time to move the department forward. The School of Medicine is anxious to help you in this effort.

Sincerely yours,

Barbara F. Atkinson, M.D.
Executive Dean and
Vice Chancellor for Clinical Affairs

Accepted: _____  Date: Dec 10, 02

Curtis D. Klaassen, Ph.D.
University Distinguished Professor of
Pharmacology, Toxicology and Therapeutics
University of Kansas School of Medicine

Attachments

Cc:   Joan S. Hunt, Ph.D.