Steven Stites

| | |
|---|---|
| From: | Steven Stites |
| Sent: | Sunday, April 01, 2012 9:17 PM |
| To: | Robert Klein |
| Subject: | Re: Fw: Status |

technically still not in my dept.........though we are acting as though he is, I have not signed the paper work in part b/c I have not seen it yet......and do not have the final confirmation from Paul. In fairness, the draft to me from Barbara I believe was official as of Friday; I just saw teh PDF version today for that.

>>> Robert Klein 3/31/2012 4:56 PM >>>


Sent from my Samsung Epic™ 4G

-------- Original message --------
Subject: Status
Date: Sat Mar 31 14:36:39 CDT 2012
From: Curtis Klaassen <CKLAASSE@kumc.edu>
To: Robert Klein <RKLEIN@kumc.edu>



CONFIDENTIAL

KU 060115