IN THE TWENTY-NINTH JUDICIAL DISTRICT
DISTRICT COURT, WYANDOTTE COUNTY, KS

| | |
|---|---|
| CURTIS KLAASSEN, Ph.D., ,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF KANSAS, UNIVERSITY OF KANSAS SCHOOL OF MEDICINE, AND UNIVERSITY OF KANSAS MEDICAL CENTER.<br><br>Defendant. | CASE NO. 14-CV-603 |

## DECLARATION OF CURTIS KLAASSEN

I, Curtis Klaassen, being duly sworn and upon my oath, do hereby declare:

1. I am over the age of 18, competent to testify, and competent to testify to the matters herein.

2. I was 70 years old in May 2013.

3. On May 8, 2013, Steven Stites, M.D., suspended me from Kansas University Medical Center.

4. At the time of my suspension, I was a principle investigator on three National Institute of Health grants commonly known as the NRF2 Liver Grant, the Drug Processing Genes Grant, and the HepaticUpdate Grant.

5. Those three grants provided nearly all of the funding for my laboratory to complete research for me and my laboratory members to fulfill our employment responsibilities as University of Kansas faculty members.

6. While I was suspended from campus, the NRF2 Liver Grant expired.

4827-2776-6580.1                                   1

PLAINTIFF'S EX. 1014

7. While I was suspended from campus, the University of Kansas transferred the Drug Processing Genes Grant to Julia Cui, a junior faculty member at the University of Kansas School of Medicine. She is more than 30 years younger than me.

8. While I was suspended from campus, the University of Kansas transferred the Hepatic Uptake Grant to Ivan Csanaky, a junior faculty member at the University of Kansas School of Medicine. He is more than 30 years younger than me.

9. During my suspension and after my termination, Professors Cui and Csanaky directed my research programs and fulfilled my employment responsibilities.

10. During my tenure at the University of Kansas, my salary, and the salary of individuals who worked in my laboratory, was comprised of a combination of state and federal funds. Faculty members who work in a Basic Science department at the University of Kansas are expected to fund part of their salaries by obtaining research grants including National Institute of Health grants. Basic science faculty salaries, including my salary, fluctuate based on the amount of NIH grant funding the faculty member obtains.

11. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and K.S.A. 53-601, that the foregoing statements are true and correct to the best of my knowledge.

12. Executed on this 30th day of June, 2016.

_____
Curtis Klaassen