Dear Dr. Allen Rawitch:

This letter is regarding the administrative leave of Dr. Curtis Klaassen and written on behalf of the members of Dr. Klaassen's laboratory.

We have come from all over the world to work specifically with Dr. Klaassen. He is a world-renowned toxicologist known for excellent science and exceptional mentoring. Dr. Klaassen's work ethic and dedication to this University are impeccable. He is a pure Scientist in every aspect of his character. He preaches the importance of scientific integrity and is a beacon for what science stands for: to seek the truth. He has strong ethics and morals that are relayed in his mentoring, creating sound, honest, hard working, young scientists. His contributions to the scientific community not only include novel scientific findings, but also a long list of scientific alumni that have gone on to successful careers. He is by far the best scientist that we have ever known.

Dr. Klaassen is a man who is passionate about science and always keeps it moving forward. He is an extremely hard worker and expects the people he works with to give 100% – reminding us that we are working for the American taxpayer and we owe it to them to use their money wisely and respectfully. If Dr. Klaassen suspects inefficient or misuse of taxpayer money, he may raise his voice, but that's as far as he has ever gone. Dr. Klaassen always strives to ensure his lab is following all the rules.

We are writing this letter in the hope of relieving any fear surrounding Dr. Klaassen's character. Dr. Klaassen's sudden, unexpected leave, coupled with his being escorted off the premises by armed security officers leads us to suspect that KU believes Dr. Klaassen is a threat to personnel at the University. Throughout all of our years of experience with Dr. Klaassen we have never witnessed any violent tendencies. Through extensive talks with Dr. Klaassen we all agree that he is a very understanding man who values hard work and family. We have never been intimidated by him and have never hesitated to talk to him about lab issues as he always approaches situations with an open mind, a calm attitude, and has excellent conflict resolution skills. Dr. Klaassen never assumes anything and always gets the facts before making any decisions.

Therefore, we give our full support in the effort to have Dr. Klaassen reinstated following his administrative leave. Dr. Klaassen is our flagship and without him here for daily guidance and decision-making, lab research will be more difficult, and will affect the careers of everybody in his lab. We respectfully ask you to please carefully consider all aspects of this complicated situation, because of the many lives affected by this decision.

A00471

PLAINTIFF'S EX. 1054

Thank you for taking the time to read this letter and please do not hesitate to ask us for additional information. We know many additional people that would be willing to give character references for Dr. Klaassen.

Sincerely,

Matthew J. Pratt-Hyatt, PhD
Phone (816) 898-2974
Email: mpratt-hyatt@kumc.edu

Ivan Csanaky, MD, PhD
Phone (913)-588-9340
Email: icsanaky@kumc.edu

Xingguo Cheng, PhD
Phone (913) 588-9340
Email: scheng@kumc.edu

Yu-Kun (Jennifer) Zhang, PhD
Phone (913) 588-9197
Email: yzhang@kumc.edu

Zidong (Donna) Fu
Phone (913) 588-4762
Email: zfu@kumc.edu

Felcy Pavithra Selwyn
Phone (913) 588-4762
Email: fselwyn@kumc.edu

Helen J. Renaud, PhD
Phone: (913) 588-9248
e-mail: hrenaud@kumc.edu

Andy Lickteig, PhD
(913)-588-9340
Email: alickteig2@kumc.edu

Yue (Julia) Cui, PhD
Phone (913) 588-7501
Email: ycui@kumc

Edugie Ekuase, PhD
Phone (913) 588-9197
Email: eekuase@kumc.edu

Kai (Connie) Wu
Phone (913) 588-9248
Email: kwu@kumc.edu

Jerry Jie Liu
Phone (913) 588-9248
E-mail JLiu@kumc.edu

A00472