IN THE TWENTY-NINTH JUDICIAL DISTRICT
DISTRICT COURT, WYANDOTTE COUNTY, KS

| | |
|---|---|
| CURTIS KLAASSEN, Ph.D, ,<br><br>Plaintiff,<br><br>UNIVERSITY OF KANSAS, UNIVERSITY OF KANSAS SCHOOL OF MEDICINE, AND UNIVERSITY OF KANSAS MEDICAL CENTER.<br><br>Defendant. | CASE NO. 14-CV-603 |

## DECLARATION OF JEREMY SCHRAG

I, Jeremy K. Schrag, being duly sworn and upon my oath, do hereby declare:

1. I am over the age of 18, competent to testify, and competent to testify to the matters herein.

2. I am counsel of record for Dr. Curtis Klaassen.

3. During discovery, Defendants produced an audio recording identified as Bates Nos. KU078017.

4. Counsel for plaintiff will have a true and accurate copy of the audio recording available at the time of oral argument on Defendants' Motion for Summary Judgment as an additional exhibit to his Response.

5. Based on my review of the audio recording, the following is a true and accurate transcript of the communications on the audio recording from 27:51 to 28:52.

PLAINTIFF'S EX. 1059

> **Rawitch**: The circumstances regarding under which he was put under, on administrative leave - how did you learn about that?
>
> **Meagher**: Oh well, I'm in the office that put him on leave. Ha – ha. So, ah, basically, ah, Dr. Terranova kept me informed. Um. So, you know what is going on with the training grant and the COBRE right?
>
> **Rawitch**: Yes, I do.
>
> **Meagher**: Okay, okay, so, I was asked to provide a report on, ah, the things I knew about the Training Grant and the COBRE and uh, and I believe as a result of those reports and the – and the – hearsay of the accusations that he made to some faculty, um you know, the week before he was put on leave. Um, basically, I knew about it.

6. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and K.S.A. 53-601, that the foregoing statements are true and correct to the best of my knowledge.

7. Executed on this 30th day of June, 2016.

_____
Jeremy K. Schrag