UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CURTIS KLAASSEN, Ph.D., <br><br> Plaintiff, <br><br><br><br> BARBARA ATKINSON, *et. al.*, <br><br> Defendants. | CASE NO. 13-CV-2561 |

## DECLARATION OF JEREMY SCHRAG

I, Jeremy K. Schrag, being duly sworn and upon my oath, do hereby declare:

1. I am over the age of 18, competent to testify, and competent to testify to the matters herein.

2. I am counsel of record for Dr. Curtis Klaassen.

3. In the Amended Pretrial Order [ECF 298] the parties stipulated the authenticity of the following documents:

    a. Documents Identified as Deposition Exhibits;

    b. Documents Admitted into evidence in the case in Wyandotte County District Court captioned *Klaassen v. University of Kansas*, Case No. 14-CV-603;

    c. The Agency Record in the Wyandotte County District Court case, *Klaassen v University of Kansas*, No. 2015-CV-78.

[ECF 298, pp. 4-5.]

4. Documents contained within the Agency Record in the case pending in Wyandotte County District Court, *Klaassen v University of Kansas*, No. 2015-CV-78 may be identified by either of the following Bates Numbering:

**Agency Record 000016**

PLAINTIFF'S EX. 1061

## Supplemental Agency Record 004577

5.  Following the same format as the Individual Defendants, Klaassen's summary judgment memorandum exhibits follow the following format:

    a.  Documents identified at Exhibits 1-285 are previously identified deposition exhibits;

    b.  Documents identified at Exhibits 301-699 are previously identified trial exhibits from the Wyandotte County District Court captioned *Klaassen v. University of Kansas*, Case No. 14-CV-603;

    c.  Documents identified at Exhibits 1001-1063 are summary judgment exhibits that are comprised primarily of transcripts and declarations.

6.  Klaassen submits the following true and accurate exhibits in support of his Consolidated Response Memorandum that are from the Agency Record in the Wyandotte County District Court case, *Klaassen v University of Kansas*, No. 2015-CV-78:

    - Exhibit 1023;
    - Exhibit 1027;
    - Exhibit 1029 (which is also Plaintiff's Trial Exhibit 332);
    - Exhibit 1037;
    - Exhibits 1039 -1046; and,
    - Exhibit 1060.

7.  During discovery, KUMC produced hundreds of thousands of responsive documents. KUMC identified those documents with a Bates Number resembling the following:

    KU 056101

8.  Klaassen submits the following true and accurate exhibits in support of his Consolidated Response Memorandum that are documents produced by the Individual Defendants in response to Klaassen's requests for production:

      a.     Exhibit 1058;

      b.     Exhibit 1036 (marked but never admitted as Plaintiff's Trial Exhibit 375);

      c.     Exhibit 1034;

      d.     Exhibit 1030; and,

      e.     Exhibit 1026.

9. I declare under penalty of perjury, pursuant to 28 U.S.C. § 1746 and K.S.A. 53-601, that the foregoing statements are true and correct to the best of my knowledge.

Executed on this 5th day of April, 2018.

_____
Jeremy K. Schrag