# United States District Court

------------------------- DISTRICT OF KANSAS---------------------------

**CURTIS KLAASSEN, PH.D.,**

          **Plaintiff,**

v.                                                          Case No: 13-2561-DDC-KGS

**BARBARA ATKINSON,**
**GERALD CARLSON,**
**PAUL TERRANOVA,**
**BRUNO HAGENBUCH,**
**STEVEN STITES,**
**HARTMUT JAESCHKE,**
**DOUGLAS GIROD,**

          **Defendants,**

## JUDGMENT IN A CIVIL CASE

☐    Jury Verdict.   This action came before the Court for a jury trial.  The issues have been tried and the jury has rendered its verdict.

☒    Decision by the Court.  This action came before the Court.  The issues have been considered and a decision has been rendered.

_09/28/2018_____                                   TIMOTHY M. O'BRIEN
    Date                                                             CLERK OF THE DISTRICT COURT

                                                                      by:   _s/ Megan Garrett_____
                                                                          Deputy Clerk