UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| CURTIS KLAASSEN, Ph.D., <br><br> Plaintiff, <br><br><br> BARBARA ATKINSON, *et. al.*, <br><br> Defendants. | D.KAN CASE NO. 13-CV-2561-DDC <br><br> TENTH CIR. CASE NO. 18-3229 |

**STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Appellate Procedure 42(a) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and by the agreement of the parties, the undersigned hereby stipulate that the above case be dismissed against all parties with prejudice.  Each party shall bear its own costs.

Submitted by,

| /s/ Tony Rupp (w consent) | /s/ Alan L. Rupe |
|---|---|
| Anthony F. Rupp, KS #11590 | Alan L. Rupe #08934 |
| Tara S. Eberline, KS #22576 | Jeremy K. Schrag, #24164 |
| FOULSTON SIEFKIN LLP | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| 32 Corporate Woods, Suite 600 | 1605 North Waterfront Parkway, Suite 150 |
| Overland Park, KS 66210 | Wichita, Kansas 67206 |
| (913) 498-2100 | Telephone: 316.609.7900 |
| (913) 498-2101 (fax) | Facsimile: 316.462.5746 |
| trupp@foulston.com | alan.rupe@lewisbrisbois.com |
| teberline@foulston.com | jeremy.schrag@lewisbrisbois.com |
| | |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing was filed with the Court's CM/ECF system, which will send an electronic notification to all counsel of record on this 4th day of December, 2018.

/s/ Alan L. Rupe
Alan L. Rupe