**UNITED STATES COURT OF APPEALS**
**FOR THE TENTH CIRCUIT**
**OFFICE OF THE CLERK**

Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker							Chris Wolpert
Clerk of Court				December 18, 2018		Chief Deputy Clerk

All Parties on Appeal

**RE:** 18-3229, Klaassen v. Atkinson, et al
Dist/Ag docket: 2:13-CV-02561-DDC

Dear Parties:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/mlb